N/S

NO CV 30

FILED
CLERK, U.S. DISTRICT COURT
12/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL REEVES,**<br>**2301 Erie Street**<br>**San Diego, CA 92110**<br><br>        **Plaintiff,**<br><br><br>    **v.**<br><br><br><br><br>**AMAZON.COM, INC  dba RING NEIGHBORS**<br>**and DOES 1–10,**<br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br><br>)<br><br>)<br><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>. | **Case No.:**<br>2:25-cv-12351-HDV-(MBKx)<br><br><br><br><br>**COMPLAINT FOR PERSONAL INJURY, EMOTIONAL DISTRESS, AND NEGLIGENCE** |

## I. INTRODUCTION

1. Plaintiff Michael Reeves ("Plaintiff") brings this action against Defendant Amazon.com, Inc., d/b/a Ring Neighbors ("Defendant" or "Ring Neighbors") for serious personal injury, emotional distress, and damages caused by Defendant's design, operation, and negligent maintenance of its Ring Neighbors app.

2. This complaint arises from Defendant's creation and distribution of a platform that knowingly and foreseeably enabled stalking, harassment, physical assault, and severe emotional distress. The app allowed third parties—including neighbors, ex-partners, and individuals previously unknown to Plaintiff—to access real-time information about Plaintiff, resulting in repeated, targeted harassment across multiple states.

3.  Defendant has been aware of these risks but failed to implement safeguards, ignored repeated complaints, and continued promoting its platform as a "safety" tool, fully knowing it could facilitate physical and emotional harm.

## II. JURISDICTION AND VENUE

4.  This Court has **diversity jurisdiction** pursuant to 28 U.S.C. § 1332, as Plaintiff is a citizen of North Carolina and Defendant is incorporated in Delaware with principal operations in Washington, and the amount in controversy exceeds $75,000.

5.  Venue is proper under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims occurred in this District.

## III. PARTIES

6.  Plaintiff Michael Reeves is an individual residing in North Carolina.

7.  Defendant Amazon.com, Inc. is a corporation organized under the laws of Delaware with principal offices in Seattle, Washington. Defendant operates Ring Neighbors, a mobile application designed to provide neighborhood "safety" alerts, which has been widely distributed and used in Plaintiff's neighborhoods.

## IV. FACTUAL ALLEGATIONS

### A. Harassment and Stalking Enabled by the App

8.  Since approximately [insert date], Plaintiff has been subjected to ongoing harassment and physical assault by individuals in multiple neighborhoods, including Brooklyn, New York, and San Diego, California.

9.  Plaintiff became aware that the Ring Neighbors app allowed these individuals to obtain real-time information about Plaintiff's location, activities, and personal history, which directly facilitated repeated harassment and physical attacks.

10. Defendant's platform has been used by multiple individuals known to Plaintiff, including family members and ex-partners, to post information, images, and commentary about Plaintiff, contributing to emotional distress and estrangement from family.

### B. Emotional and Physical Injury

11. Plaintiff suffered repeated physical assaults, including [insert description, dates, locations, e.g., beaten in NYC, kicked in previously injured abdomen], directly connected to information circulating via the app.

12. Plaintiff experienced severe emotional distress, including PTSD, fear, and anxiety, which led to:

• Abandonment of his residence in Brooklyn

• Extended periods of homelessness

• Estrangement from family members

• Inability to maintain business and personal relationships

13. Defendant's failure to act on repeated complaints, coupled with its promotion of the app as a safety tool, directly exacerbated Plaintiff's injuries.

**C. Knowledge and Failure to Warn**

14. Defendant has received multiple complaints from Plaintiff and others regarding harassment, threats, and stalking facilitated by the app.

15. Defendant failed to provide adequate warnings or safeguards to prevent misuse and failed to block accounts engaged in harassment despite clear knowledge of ongoing harm.

---

## V. CLAIMS FOR RELIEF

**Count I: Negligence**

16. Defendant owed a duty of care to Plaintiff to ensure that its app did not foreseeably enable physical or emotional harm.

17. Defendant breached this duty by:

- Designing the app without reasonable safeguards

- Ignoring complaints of harassment

- Failing to monitor or moderate content causing foreseeable harm

18. As a direct and proximate result, Plaintiff suffered severe physical injuries, emotional distress, and economic losses.

**Count II: Negligent Infliction of Emotional Distress**

19. Defendant's conduct created a foreseeable risk of severe emotional distress to Plaintiff.

20. Defendant's failure to prevent misuse of the app resulted in ongoing, extreme emotional suffering, including PTSD, fear, and family estrangement.

**Count III: Aiding and Abetting Harassment / Stalking**

21. Defendant knowingly provided a platform that facilitated harassment and stalking by third parties.

22. Defendant continued to promote, distribute, and maintain the app despite awareness of repeated misuse.

**Count IV: Failure to Warn / Misrepresentation**

23. Defendant misrepresented the safety of its platform while failing to warn users of foreseeable risks.

24. This failure contributed directly to Plaintiff's injuries, including harassment, physical assaults, and emotional suffering.

**Count V: Unfair Business Practices (UCL)**

25. Defendant engaged in unfair and deceptive practices by marketing the app as a neighborhood safety tool while ignoring known harms, causing financial and emotional damages to Plaintiff.

---

# VI. DAMAGES

26. Plaintiff seeks compensatory damages for:

- Physical injuries

- Emotional distress and PTSD

- Economic losses, including lost income and relocation costs

- Attorneys' fees and costs

27. Plaintiff reserves the right to seek punitive damages due to Defendant's conscious disregard for the safety and well-being of users.

---

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Award compensatory damages in an amount to be determined at trial;

B. Award punitive damages;

C. Award reasonable attorneys' fees and costs;

D. Grant any other relief the Court deems just and proper.

---

## VIII. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

---

**Respectfully submitted,**

**Michael Reeves**
**212-804-8432**
**marymary10023@gmail.com**

**EXHIBITS 1**

Case 2:25-cv-12351-HDV-MBK    Document 1    Filed 12/20/25    Page 7 of 129   Page ID #:7



**EXHIBIT 2**



# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 090 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, No Arrests | Public Omni NO | Complaint #: 2025-090-003795 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|---|

| Occurrence Location: **INSIDE OF 217 BOERUM ST** | NYC Parks Dept. Property | Precinct: **090** |
|---|---|---|
| Name Of Premise: | Did this offense occur on NYC Parks Dept. Property? **NO** | Sector: **D** |
| Premises Type: **RESIDENCE - APT. HOUSE** | Command: | Beat: |
| Location Within Premise: **HALLWAY** | NYC Parks Dept. Property Name: | Post: |
| Visible By Patrol?: **NO** | | |

| Occurrence From: **2025-03-03 19:30 MONDAY** | Aided # |
|---|---|
| Occurrence thru: **2025-03-03    19:50** | Accident # |
| Reported: **2025-06-27    13:30** | O.C.C.B. # |
| Complaint Received: WALK-IN | |

| Classification: **HARASSMENT** | Case Status: **CLOSED** |
|---|---|
| Attempted/Completed: **COMPLETED** | Unit Referred To: |
| Most Serious Offense Is: **VIOLATION** | Clearance Code: **PATROL** |
| PD Code: **637   HARASSMENT,SUBD 1,CIVILIAN** | Log/Case #: **0** |
| PL Section: **24026** | Clearance Arrest Id: |
| Keycode: **578   HARRASSMENT 2** | Clearance AO Cmd: |
| | File #: **51** |
| | Prints Requested? **NO** |

**OFFENSES:**

| Order | Offense Desc | Att/Cmplt | PDC Code | PDC Code Desc | PL Section | PL Description | Larceny Type | IBR# | Class | Alleged Crime | Justified Crime | Criminal Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL 240 RIOT | COMPLETED | 637 | HARASSMENT,SUBD 1,CIVILIAN | PL 240.26 01 | HARASSMENT-2ND:PHYSICAL CNTACT | | 13B | Violation | | | NONE / UNKNOWN |

**Confirmed Shots Fired?**
NO

**Possible Hate Crime ?**
NO

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? **NO** | Child in Common? NO | Intimate Relationship? NO | Officer Body Worn Camera: **YES** |

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded? | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | - - | | Location of Pickup: |
| Trespass Affidavit: Shoplifting: | Crime Prevention Survey Requested?: | | |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT TPO C/V STATES HE HAD A VERBAL DISPUTE WITH HIS NEIGHBOR AT THE HALLWAY ANDDID SHOVED THE CV AGAINST THE WALL CAUSING HIM TO BE ANNOYED AND HARASSED. NOINJURIES SUSTAINED IN THE INCIDENT. CV STATED THAT HE CAN'T REMEMBER HOW THEUNK PERP LOOKS LIKE AND UNK NAME.

**No NYC TRANSIT Data for Complaint # 2025-090-003795**

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 1 | Total Wanted: 1 |
|---|---|---|---|

## VICTIM: # 1 of 1

| Name: REEVES,MICHAEL | Complaint#: 2025-090-003795 |
|---|---|

| | |
|---|---|
| Nick/AKA/Maiden: | Suspected Gang Member: NO |
| UMOS: NO | Name: |
| Sex/Type: MALE / INDIVIDUAL | |
| Race: BLACK | Will View Photo: YES |
| Age: 56 | Will Prosecute: YES |
| Date Of Birth: 06/04/1969 | Notified Of Crime Victim Comp. Law: YES |
| Disabled? NO | |
| Is this person not Proficient in English?: NO | Other MOS Agency: |
| If Yes, Indicate Language: | Type of Officer Activity/Circumstances: |
| N.Y.C.H.A Resident? NO | Officer Assignment Type: |
| Is Victim fearful for their safety / life? YES | Level of Injury: NOT INJURED |
| Escalating violence / abuse by suspect? NO | Type of Injury: NONE |
| Were prior DIR's prepared for C/V? NO | Medical Treatment: NOT APPLICABLE |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 240 W 65 ST | MANHATTAN | NEW YORK | 10023 | 14E |

Phone #: HOME: 336-856-8287 CELL: 212-804-8432 BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: WAS ON THE WAY BACK HOME |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

## REPORTER: # 1 of 1

| Name: REEVES,MICHAEL | Complaint #: 2025-090-003795 |
|---|---|

| | |
|---|---|
| Nick/AKA/Maiden: | Suspected Gang Member: NO |
| Sex/Type: MALE | Name: |
| Race: BLACK | |
| Age: 056 | |
| Date Of Birth: 06/04/1969 | |
| Is this person not Proficient in English?: NO | Relationship To Victim: |
| If Yes, Indicate Language: | |

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | 240 W 65 ST | MANHATTAN | NEW YORK | 10023 | 14E |

Phone #: HOME: 336-856-8287 CELL: 212-804-8432 BUSINESS: - - BEEPER: - - E-MAIL:

## WANTED: # 1 of 1

| Name: UNKNOWN ONE, UNKNOWN ONE | Complaint#: 2025-090-003795 | Arrested: NO |
|---|---|---|

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: FTIN | Order Of Protection: NO |
| Sex: UNKNOWN | Weight: 0 | Issuing Court: |
| Race: | Eye Color: | Docket #: |
| Age: | Hair Color: | Expiration Date: |
| Date Of Birth: UNKNOWN | Hair Length: | Order of Protection Violated? |
| U.S. Citizen: | Hair Style: UNKNOWN | Does Suspect abuse Drugs / Alcohol? NO |
| Place Of Birth: | Skin Tone: UNKN | Suspect threatened /attempted suicide? NO |
| Is this person not Proficient in English?: | Complexion: UNKNOWN | Is the suspect Parole / Probation? NO |
| If Yes, Indicate Language: | Offender Condition: UNKNOWN | Relation to Victim: STRANGER |
| Accent: NO | S.S. #: 0 | Living together: NO |
| | | Can be Identified: NO |
| | | Suspected Gang Member: NO |
| | | Name: |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|

Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

| N.Y.C.H.A. Resident: | N.Y.C. Housing Employee: | On Duty: |
|---|---|---|
| Development: | N.Y.C. Transit Employee: | |

## Weapons:

| # 1 | Physical Force/Weapon: USED | Firearm Recovered: | Serial Number Defaced: |
|---|---|---|---|
| | Physical Force/Weapon Type: PHYSICAL FORCE | Discharged: NO | Serial Number: |
| | Physical Force/Weapon Sub Type: | Make: | |
| | Specific Physical Force/Weapon Type: | Color: | |
| | Other Weapon Description: | Caliber: | |

| | |
|---|---|
| Used Transit System: | |
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## No IMEI Data for Complaint # 2025-090-003795

| SCRATCH COPY: | Complaint # 2025-090-003795 |
|---|---|
| 1 1751048327920_1751048327920_.pdf | **Description** 1751048327920_1751048327920_.pdf |

| COMPLAINT ASSOCIATIONS: | Complaint # 2025-090-003795 |
|---|---|

| Victim | Perpetrator/Wanted | Relationship | Interaction | Offense | Weapon/Force | Weapon/Force Type | Weapon/Force Sub Type | Specific Weapon/Force Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| REEVES, MICHAEL | UNKNOWN ONE, UNKNOWN ONE | STRANGER | Yes | PL 240 | USED | PHYSICAL FORCE | | | |

| Reporting/Investigating M.O.S. Name: PO DEJESUS ROMAN | Tax #: 978470 | Command: 090 PCT | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT RAMLOCHAN NARIN | Tax #: 941118 | Command: 090 PCT | Rep.Agency: NYPD |
| Complaint Report Entered By: CAD MONEGRO | Tax #: 379273 | Command: 090 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT RAMLOCHAN | Tax #: 941118 | Command: 090 PCT | Rep.Agency: NYPD |

**END OF COMPLAINT REPORT**
**# 2025-090-003795**

**EXHIBIT 3**



**Sayreville Police Department**
**SAYREVILLE, NJ**

**Incident # 24**██████

**Summary**

## Officer Report

okay, he replied no someone is following me. Michael advised he lives in Brooklyn, New York in ████████████████████████████████████████████████████████ ut ██████████████████████████████████████████████████████ le ████████████████████████████████████████ He stated he believed him to be about 5' 11" wears glasses and has a low haircut.

A████████████████████████████████████████████████████████ harassing him. ████████████████████████ 'Sonic device" in his apartment that shoots electronic waves into Michael's apartment blocking wifi signal. He also advised there was a tracking device found in his car, the device was labeled (ANT-AP). He has since dumped the car in a parking lot and left it in New York. It was at this time, Michael advised he owns a car dealership "████ ████". He stated he got into a new car and has traveled to six different motel/hotel rooms, where he has been followed over the past two weeks. ████████████████████████████████████████ ████████████████████████████████████████ state "Bitch, you can't run." or ██████ ████████████████████████████████████████ ██████

**EXHIBIT 4**

Case 2:25-cv-12351-HDV-MBK    Document 1    Filed 12/20/25    Page 16 of 129    Page ID #:16

| File Number: 25CR273064-400 | STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
|---|---|---|
| **CRIMINAL AFFIDAVIT** | GUILFORD COUNTY | DISTRICT COURT DIVISION |
| | | BEFORE THE MAGISTRATE |

**DEFENDANT (PERSON TO BE CHARGED)**

FULL NAME: Curtis M. King

RACE: BK   SEX: M   DOB: _____   or AGE: _____

PHONE: _____

HOME ADDRESS: 212 Turk Pl, unit E

CITY: Greensboro   STATE: NC   ZIP: 27405

LICENSE or ID#: _____   STATE: _____

**COMPLAINANT (YOU)**

FULL NAME: Michael Keever   CAR ZONE

RACE: BK   SEX: ___   DOB: 6-4-69   or AGE: ___

PHONE: 336-333-8480

HOME ADDRESS: 212 Turk Pl, unit C

CITY: Greensboro   STATE: NC   ZIP: 27405

LICENSE or ID#: _____   STATE: _____

**RELATIONSHIP**

EVER LIVED WITH DEFENDANT (Y or N) ___ N

EVER BEEN MARRIED TO DEFENDANT (Y or N) ___ N

DO YOU HAVE A CHILD TOGETHER (Y or N) ___ N

OTHER RELATIONSHIP WITH DEFENDANT (Y or N) ___ N

DESCRIBE: _____

**WHEN AND WHERE WAS THE CRIME COMMITTED**

DATE: 1-16-25 — 4/2/25

ADDRESS: 212 Turk Pl   CITY: Greensboro   STATE: NC

WAS LAW ENFORCEMENT CONTACTED (Y or N)   CASE NUMBER: _____

**DESCRIBE THE INCIDENT IN BRIEF DETAIL.**

DESCRIBE ANY PHYSICAL INJURY TO YOU. IF PROPERTY IS LOST OR DAMAGED, DESCRIBE IT IN DETAIL, WITH ITS ESTIMATED VALUE

PLEASE PRINT CLEARLY

After observing the defendant stalking, on 2-14-25, plaintiff brought a civil action after after vehicles had been damaged and surveillance cameras caught him in the area multiple time. Civil complaint 003497-25. After the civil action, conspiracy to damage vehicles, plaintiff has suffered $36,000 in losses — 2016 Ford Focus & 2014 Range Rover. Defendant has been caught by surveillance camera over 100 times stalking & harrassing the plaintiff. He has bullying the plaintiff by kicking on the wall when plaintiff is at office and making loud banging noises to scare plaintiff each time he moves. Plaintiff is afraid to go to his office, he is repeatedly threatened by loud assaulting noises, he is unable to go to his car lot for fear of being harmed or killed by this person. Plaintiff has been stalked by this person every single day for the past 3 months, he has been threatened, and harrassed

**COMPLETE AND SIGN ON THE BACK**

Note to Judicial Official: Return this copy to the complainant if no probable cause is found or after data entry into eWarrants if probable cause is found. Do not retain this copy.

Criminal Affidavit Page 1 Rev. 12/23

**EXHIBIT 5**



(4) M-Injury to Personal Prop

| File Number 25CR279183-400 | STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
|---|---|---|
| CRIMINAL AFFIDAVIT | GUILFORD COUNTY | DISTRICT COURT DIVISION |
| | | BEFORE THE MAGISTRATE |

**DEFENDANT (PERSON TO BE CHARGED)**

FULL NAME: Curtist Curtis King

RACE: B   SEX:   DOB:   or AGE:

PHONE:

HOME ADDRESS: 212 Turk Pl, E

CITY: Greensboro   STATE: NC   ZIP: 27405

LICENSE or ID#:   STATE:

**COMPLAINANT (YOU)**

FULL NAME: CAR Zone, LLC Michael Reeves

RACE: B   SEX: M   DOB: 6-4-69   or AGE:

PHONE: 3363338480

HOME ADDRESS: 212 Turk Pl, C

CITY: G-80   STATE: NC   ZIP: 27405

LICENSE or ID#:   STATE:

**RELATIONSHIP**

EVER LIVED WITH DEFENDANT (Y or N)

EVER BEEN MARRIED TO DEFENDANT (Y or N)

DO YOU HAVE A CHILD TOGETHER (Y or N)

OTHER RELATIONSHIP WITH DEFENDANT (Y or N)

DESCRIBE:

**WHEN AND WHERE WAS THE CRIME COMMITTED**

DATE: 1-16-25 - 4-7-25

ADDRESS: 212 Turk Pl, unit C   CITY: G50   STATE: NC

WAS LAW ENFORCEMENT CONTACTED (Y or N)   CASE NUMBER:

**DESCRIBE THE INCIDENT IN BRIEF DETAIL.**

DESCRIBE ANY PHYSICAL INJURY TO YOU. IF PROPERTY IS LOST OR DAMAGED, DESCRIBE IT IN DETAIL WITH ITS ESTIMATED VALUE.

**PLEASE PRINT CLEARLY**

On march 17, 2025, mr Curtis damage a 2014 Range Rover by entering the fuse Box and creating a short circuit. on march 13, 2025 (3:37am) mr Curtis damage a 2009 Lexus LS 460, by Kicking the car to adding something to gas. on march 26, 25, mr King cut wires and Knock a dent into 2016 Ford Ficus, on march 7, 2025 Mr King damaged 2007 Nissan Armada by cutting spark plus wires. mr curtis King has been caught over 30 times by surv.

**COMPLETE AND SIGN ON THE BACK**

Note to Judicial Official: Return this copy to the complainant if no probable cause is found or after data entry into eWarrants if probable cause is found. Do not retain this copy.

Criminal Affidavit Page 1 Rev. 12/23

**EXHIBIT 6**

## SER-001   Request for Sheriff to Serve Court Papers

**Instructions:** Each county in California has a sheriff (and sometimes a marshal's office) that can serve different types of court papers, including restraining orders. Note that the sheriff cannot guarantee that they will be successful in finding the person you need served, but they will try to serve based on the information you put on this form.

* Complete this form for each set of papers you need served. You must complete a separate form for each person you need served.

* Find out where the person you need served is located. Give your papers to the sheriff or marshal's office in that county.

* You may have to pay for service of some court papers. For more information, see page 5 of this form, or go to *https://selfhelp.courts.ca.gov/sheriff-serves.*

* Do not use this form if you are asking the sheriff to enforce a wage garnishment order on an employer. Instead, use forms WG-001, *Application for Earnings Withholding Order*, and WG-035, *Confidential Statement of Judgment Debtor's Social Security Number.*

* If you want the sheriff to enforce a writ or levy, complete this form and form SER-001A, *Special Instructions for Writs and Levies—Attachment.*

**CONFIDENTIAL**

To Court Clerk: Do not file this form.

Sheriff File Number *(for sheriff to complete, if needed):*

Fill in case number:

**Court Case Number:**

25HR065758C

**All information is required unless it is listed as optional or does not apply to your case.**

**(1)  To the Sheriff or Marshal of** *(name of county):*  San Diego

**(2)  Your Information**

a.  Your name *(party requesting service):*  Michael Reeves

b.  Your lawyer's information *(if you have one)*
Name:  N/A
Firm name:  N/A

c.  Court case name:  Reeves vs. John Doe 5
*(example: Garcia v. Smith)*

d.  Contact information for the sheriff or marshal to reach you

*(Give an address where you can receive mail regularly, like a post office box, a Safe at Home address, or another safe address. If you have a lawyer, give the lawyer's information.)*

Address to receive mail:  2301 Erie St
City:  San Diego                 State:  CA    Zip:  92110
Telephone number *(optional):*                 Email address *(optional):*

**CONFIDENTIAL**

**This is not a court form. Do not file with the court.**

Judicial Council of California, www.courts.ca.gov
New January 1, 2024, Mandatory Form
Government Code, §§ 7927.430, 26666, 26666.5, 26666.10

**Request for Sheriff to Serve Court Papers**

SER-001, Page 1 of 5

**Court Case Number:**
25HR065758C

(3) **Information About Person or Entity You Want Served**

*(Check a or b)*

a. ☑ I ask the sheriff to serve a person *(complete section below)*

   (1) Name of person: John Doe 5

      Nicknames or aliases *(optional)*:

   (2) Telephone number *(optional)*: N/A

   (3) Can you describe the person?

      ☐ No, I do *not* have any information about the person's description.

      ☑ Yes *(complete the section below with any information you have)*:

        Gender:   ☐ Male   ☐ Female   ☐ Nonbinary

        Height: 5'9   Weight: 200  Hair color: _____ Eye color: _____

        Date of birth or age *(give estimate, if unknown)*: 65

        Race/Ethnicity: Wht

        Special marks or features *(tattoos, scars, etc.)*:

        Vehicle *(type, model, year, color, plate number)*:

        ☐ *Check here if you are including a picture of the person.*

   (4) Do you know of any safety or accessibility issues?

      ☐ No

      ☐ Yes *(complete the section below with any information you have)*:

        The person *(check all that apply)*:

        ☐ Has a gun or other weapon.      ☐ Is on probation or parole.

        ☐ Has a history of violence or abuse.      ☐ Has an aggressive animal.

        ☐ Has special training *(examples: military, first responder)*.    ☐ Has mental health issues.

        ☐ Is deaf or hard of hearing.

        ☐ Does not speak English *(list language)*:

        ☐ Add any other information about safety or accessibility that you know about:

b. ☐ I ask the sheriff to serve an entity *(examples: business or government agency)*

   (1) Name and type of entity:

      Telephone number *(optional)*:

   (2) If there is a specific person who should be served, give name:

   (3) If there is an agent for service of process, give name:

   (4) List any safety or accessibility issues *(examples: weapons, aggressive animals, language barrier)*:

**CONFIDENTIAL**

**This is not a court form. Do not file with the court.**

New January 1, 2024      **Request for Sheriff to Serve Court Papers**      SER-001, Page 2 of 9



| Court Case Number: |
| --- |
| 25HR065758C |

**(4) Address Where Person or Entity Should Be Served**

*(The sheriff typically serves during normal business hours. Check with the sheriff's office for the exact times.)*

Address: 4436 Lister ST    ☑ Home  ☐ Business

City: San Diego    State: CA    Zip: 92110

Gate code or special instructions: _____

Best time to serve at this address *(example: 8 a.m.–noon):* _____

☐ *Check here if the person is in jail or prison (give name of facility):* _____

Alternate address *(optional)*

*(If the person cannot be found at the address listed above, some sheriffs may try a second address if it's in the same county. If you have a second address for the person you want served, complete the section below.)*

Address: _____    ☐ Home  ☐ Business

City: _____    State: _____    Zip: _____

Gate code or special instructions: _____

Best time to serve at this address *(example: 8 a.m.–noon):* _____

**(5) Information About Your Request**

a.  What type of court papers are you giving the sheriff to serve *(examples: summons, restraining order, eviction, small claims, bank levy, or writ of attachment)?*

Complant for Stalking

b.  List all forms or court papers you want served on the person in (3) a. *(optional).*
*(Note: You can list each form by its form number (example: FL-100, SC-100). If there is no form number, give the title of the document. The court may have ordered you to serve certain papers. Look at the court's order and list all forms required. If you do not know which papers you need to serve, ask a lawyer, or contact your local self-help center for free information.)*

CH - 100

c.  Is there a court hearing (court date)?

☐ I don't know

☐ No

☐ Yes  *(if yes, give date of hearing):* _____

**CONFIDENTIAL**

**This is not a court form. Do not file with the court.**

 

**Court Case Number:**
25HR065758C

(5) d. Is there a deadline for service?
- ☐ I don't know
- ☑ No
- ☐ Yes *(if yes, give deadline):* _____

e. Has the court allowed you to serve your court papers in another way besides personal service *(example: substituted service)?*
- ☐ I don't know
- ☐ No
- ☐ Yes *(if yes, include a copy of the order allowing another type of service)*

f. Is there any other information you want or need to give to the sheriff to serve your court papers?
- ☑ No
- ☐ Yes *(if yes, give information below):*

_____
_____
_____
_____
_____
_____
_____
_____

(6) **Enforcement of Writ or Levy**

**If you want the sheriff to enforce a writ or levy, you must complete form SER-001A,** *Special Instructions for Writs and Levies—Attachment,* **and turn it in with this form.**

*(Only complete this section if you want the sheriff to enforce a writ or levy.)*

Do you want the sheriff to both serve your court papers and act as levying officer?
- ☐ Yes
- ☐ No. I only want the sheriff to act as levying officer. A registered process server has or will serve my papers.

**Your Signature** *(party asking for service, or their lawyer)*

Date: December 12, 2023

_____
*Type or print your name*

_____
*Sign your name (may be electronic)*

**CONFIDENTIAL**
This is not a court form. Do not file with the court.

| Court Case Number: |
|---|
| 25HR065758C |

## Your Next Steps

- Find out if you need to pay a fee for service by asking the court's self-help center, a lawyer, or the sheriff's office. Here are some situations where you **do not** need to pay for service:
  - If you have a fee waiver in your case (fee waiver granted by a judge on form FW-003 or FW-005).
  - If you are serving a domestic violence, elder abuse, or gun violence restraining order.
  - If you have a civil harassment, workplace violence, or school violence restraining order based on a credible threat of violence or stalking.

- Give this form and a copy of all the court papers you need served to the sheriff or marshal, including a copy of a fee waiver (if you have one). If you do not have to pay a fee to the sheriff, you can send your papers electronically. If you have to pay a fee, contact the sheriff to find out your options for turning in your request. Note that you can always turn in your request in person.

- You should get a form back from the sheriff.
  - If the sheriff was able to serve your court papers, you should receive a form (called a proof of service). **Make sure you get a copy from the sheriff and file it with the court.** Note that if there is a court stamp at the top right corner of the first page, it has already been filed and you do not need to file it with the court.
  - If the sheriff was unable to serve your court papers, you should receive a form (sometimes called declaration of due diligence) that tells you that service was unsuccessful and will give details about when the sheriff tried to serve the person. If the sheriff was unable to serve your papers, you can ask a lawyer or court's self-help center about your next steps.

- To find your local court self-help center, go to *www.courts.ca.gov/selfhelp*. Self-help center staff will not act as your lawyer but may be able to give you information to help you decide what to do in your case. Services are free.

## To Sheriff or Marshal

- This form is confidential and must not be made public.

- Any papers submitted with this form should be served and listed on the applicable proof of service form.

- Note that ⑤ b is optional and may help to identify documents that should have been submitted but were not received by your office.

- Under Government Code section 26666.2, once you've received a completed copy of this form and forms for service, you must attempt service unless:
  - Any order submitted does not have a judge's signature or other representation of a judge's signature; clerk's endorsement; or court stamp, seal, or other court endorsement; or
  - A court case number is not listed on the order, summons, or other notice.

**CONFIDENTIAL**
**This is not a court form. Do not file with the court.**

New January 1, 2024                    **Request for Sheriff to Serve Court Papers**                    SER-001, Page 5 of 5

For your protection and privacy, please press the Clear This Form button after you have printed the form.   | Print this form | Save this form |        | Clear this form |

## FW-001   Request to Waive Court Fees

**CONFIDENTIAL**

If you are getting public benefits, are a low-income person, or do not have enough income to pay for your household's basic needs and your court fees, you may use this form to ask the court to waive your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:
- You cannot give the court proof of your eligibility,
- Your financial situation improves during this case, or
- You settle your civil case for **$10,000** or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

Clerk stamps date here when form is filed.

**FILED**
Clerk of the Superior Court
DEC 1 2 2025

Fill in court name and street address:

**Superior Court of California, County of**

Superior Court
330 West Broadway
San Diego, CA 92101

Fill in case number and name:

**Case Number:**
25HR065758C

**Case Name:**

**(1) Your Information** *(person asking the court to waive the fees):*
Name: Michael Reeves
Street or mailing address: 230 Erie St
City: San Diego   State: CA   Zip: 92110
Phone: 212-784-8432

**(2) Your Job,** if you have one *(job title):* N/A
Name of employer:
Employer's address:

**(3) Your Lawyer,** if you have one *(name, firm or affiliation, address, phone number, and State Bar number):*
N/A

a. The lawyer has agreed to advance all or a portion of your fees or costs *(check one):*   Yes ☐   No ☐
b. *(If yes, your lawyer must sign here)* Lawyer's signature: _____
   *If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.*

**(4) What court's fees or costs are you asking to be waived?**
☐ Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
☐ Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees* (form APP-015/FW-015-INFO).)

**(5) Why are you asking the court to waive your court fees?**
a. ☑ I receive *(check all that apply; see form FW-001-INFO for definitions):*
   ☑ Food Stamps ☐ Supp. Sec. Inc. ☐ SSP ☐ Medi-Cal ☐ County Relief/Gen. Assist. ☐ IHSS
   ☐ CalWORKS or Tribal TANF ☐ CAPI ☐ WIC ☐ Unemployment
b. ☐ My gross monthly household income (before deductions for taxes) is less than the amount listed below. *(If you check 5b, you must fill out 7, 8, and 9 on page 2 of this form.)*

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | |
|---|---|---|---|---|---|---|
| 1 | $2,608.33 | 3 | $4,441.67 | 5 | $6,275.00 | *If more than 6 people at home, add $916.67 for each extra person.* |
| 2 | $3,525.00 | 4 | $5,358.33 | 6 | $7,191.67 | |

c. ☐ I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to: *(check one and you **must** fill out page 2):*
   ☐ waive all court fees and costs   ☐ waive some of the court fees   ☐ let me make payments over time

**(6)** ☐ Check here if you asked the court to waive your court fees for this case in the last six months.
*(If your previous request is reasonably available, please attach it to this form and check here):* ☐

I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.
Date: 12-12-025

Michael Reeves
*Print your name here* | *Sign here*

Judicial Council of California, www.courts.ca.gov
Rev. March 1, 2025, Mandatory Form
Government Code, § 68633;
Cal. Rules of Court, rules 3.51, 8.26, and 8.818

**Request to Waive Court Fees**

FW-001, Page 1 of 2


| Your name: _____ | Case Number: **25HR065758C** |

*If you checked 5a on page 1, do not fill out below. If you checked 5b, fill out questions 7, 8, and 9 only. If you checked 5c, you **must** fill out this entire page. If you need more space, attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.*

**(7)** ☐ Check here if your income changes a lot from month to month. If it does, complete the form based on your average income for the past 12 months.

**(8) Your Gross Monthly Income**

a. List the source and amount of *any* income you get each month, including: wages or other income from work before deductions, spousal/child support, retirement, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest, trust income, annuities, net business or rental income, reimbursement for job-related expenses, gambling or lottery winnings, etc.

(1) _____ $ _____
(2) _____ $ _____
(3) _____ $ _____
(4) _____ $ _____

b. **Your total monthly income:** $ _____

**(9) Household Income**

a. List the income of all other persons living in your home who depend in whole or in part on you for support, or on whom you depend in whole or in part for support.

| Name | Age | Relationship | Gross Monthly Income |
|---|---|---|---|
| (1) _____ | ___ | _____ | $ _____ |
| (2) _____ | ___ | _____ | $ _____ |
| (3) _____ | ___ | _____ | $ _____ |
| (4) _____ | ___ | _____ | $ _____ |

b. **Total monthly income of persons above:** $ _____

**Total monthly income *and* household income (8b plus 9b):** $ _____

To list any other facts you want the court to know, such as unusual medical expenses, etc., attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.

*Check here if you attach another page.* ☐

***Important!*** If your financial situation or ability to pay court fees improves, you must notify the court within five days on form FW-010.

**(10) Your Money and Property**

a. Cash $ _____

b. All financial accounts (*List bank name and amount*):
(1) _____ $ _____
(2) _____ $ _____
(3) _____ $ _____

c. Cars, boats, and other vehicles

| Make / Year | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1) _____ | $ _____ | $ _____ |
| (2) _____ | $ _____ | $ _____ |
| (3) _____ | $ _____ | $ _____ |

d. Real estate

| Address | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1) _____ | $ _____ | $ _____ |
| (2) _____ | $ _____ | $ _____ |

e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.):

| Describe | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1) _____ | $ _____ | $ _____ |
| (2) _____ | $ _____ | $ _____ |

**(11) Your Monthly Deductions and Expenses**

a. List any payroll deductions and the monthly amount below:
(1) _____ $ _____
(2) _____ $ _____
(3) _____ $ _____
(4) _____ $ _____

b. Rent or house payment & maintenance $ _____
c. Food and household supplies $ _____
d. Utilities and telephone $ _____
e. Clothing $ _____
f. Laundry and cleaning $ _____
g. Medical and dental expenses $ _____
h. Insurance (life, health, accident, etc.) $ _____
i. School, child care $ _____
j. Child, spousal support (another marriage) $ _____
k. Transportation, gas, auto repair and insurance $ _____
l. Installment payments (*list each below*):

Paid to:
(1) _____ $ _____
(2) _____ $ _____
(3) _____ $ _____

m. Wages/earnings withheld by court order $ _____

n. Any other monthly expenses (*list each below*).

Paid to:     How Much?
(1) _____ $ _____
(2) _____ $ _____
(3) _____ $ _____

**Total monthly expenses** (*add 11a –11n above*): $ _____

**Request to Waive Court Fees**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form] [Save this form] [Clear this form]

**FW-003**  **Order on Court Fee Waiver**
**(Superior Court)**

Clerk stamps date here when form is filed.

**F I L E D**
Clerk of the Superior Court

DEC 1 2 2025

**(1)** **Person who asked the court to waive court fees:**
Name: Michael Reeves
Street or mailing address: 2301 Erie St
City: San Diego    State: CA    Zip: 92110

**(2)** **Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

_____
_____
_____
_____
_____

**(3)** A request to waive court fees was filed on *(date):* _____

☐ The court made a previous fee waiver order in this case on *(date):* _____

Fill in court name and street address:
**Superior Court of California, County of**
**Superior Court**
**330 West Broadway**
**San Diego, CA 92101**

Fill in case number and name:
**Case Number:**
**25HR065758C**

**Case Name:**

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)** After reviewing your:    ☒ *Request to Waive Court Fees*    ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☒ The court **grants** your request, as follows:

(1) ☒ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):* _____
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**    FW-003, Page 1 of 3

| Your name: Michael Reeves | Case Number: 25HR065758C |
|---|---|

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below    ☐ On Attachment 4b(1)

_____

_____

_____

_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below    ☐ On Attachment 4b(2)

_____

_____

_____

_____

_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
  ☐ Below    ☐ On Attachment 4c(1)

_____

_____

_____

_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
  ☐ Below    ☐ On Attachment 4c(2)

_____

_____

_____

_____

_____

_____

**This is a Court Order.**

Your name: Michael Reeves

Case Number: **25HR065758C**

Name and address of court if different from above:

**Hearing Date**
→ Date: _____ Time: _____
Dept.: _____ Room: _____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 12/12/12

Signature of (check one): ☐ Judicial Officer  ☒ Clerk, Deputy    S. Bakke

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one)*:

☒ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California, on the date below.

☐ A certificate of mailing is attached.

Date: 12/12/25

Clerk, by _____ , Deputy
Name: S. Bakke

**This is a Court Order.**

## CH-109 Notice of Court Hearing

**(1) Person Seeking Protection**

a. Your Full Name:
   MICHAEL REEVES

Your Lawyer (if you have one for this case):

Name:   N/A          State Bar No.:

Firm Name:   N/A

b. Your Address ~~... your lawyer's information.~~
   *If you do* ~~...~~ *ep your home address*
   *priva* ~~... 'ress instead. You do not~~
   *h* ~~...~~

   State: CA    Zip:  92110

   Fax:

   ~~...2025@gmail.com~~

*REPONDENT'S PACKET (For Service)*

**~~...~~om Protection Is Sought**

JOHN DOE 5

*The court will complete the rest of this form.*

---

Clerk stamps date here when form is filed.

**F I L E D**
Clerk of the Superior Court

**DEC 1 0 2025**

Filed By: S. Billings

Fill in court name and street address:

Superior Court of California, County of

**Superior Court
330 West Broadway
San Diego, CA 92101**

Court fills in case number when form is filed.

Case Number:   25HR065758C

---

**(3) Notice of Hearing**

**A court hearing is scheduled on the request for restraining orders against the person in (2):**

| Hearing Date | → Date: 1/2/26    Time: 9:00am<br>Dept.: 61    Room: | Name and address of court if different from above:<br>**For more hearing information please visit www.sdcourt.ca.gov** |

**To the person in (2):**

- If you attend the hearing (in person, by phone, or by videoconference) and the judge grants a restraining order against you, the order will be effective immediately, and you could be arrested if you violate the order.

- If you do not attend the hearing, the judge may still grant the restraining order that could last up to five years. After you receive a copy of the order, you could be arrested if you violate the order.

**(4) Temporary Restraining Orders** *(Any orders granted are on form CH-110, served with this notice.)*

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders*, are *(check only one box below):*

   (1) ☐ All **GRANTED** until the court hearing.

   (2) ☒ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

   (3) ☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

---

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Code of Civil Procedure, § 527.6
Approved by DOJ

**Notice of Court Hearing
(Civil Harassment Prevention)**

CH-109, Page 1 of 3



Case Number:
25HR065758C

b. Reasons for denial of some or all of those personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are:

(1) ☒ The facts as stated in form CH-100 do not sufficiently show acts of violence, threats of violence, or a course of conduct that seriously alarmed, annoyed, or harassed the person in ① and caused substantial emotional distress.

(2) ☐ Other *(specify):* ☐ As stated on Attachment 4b.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## ⑤ Confidential Information Regarding Minor

a. ☐ A request to keep minor's information confidential was made (see form CH-160) and **GRANTED**. (*See form CH-165,* Order on Request to Keep Minor's Information Confidential, *served with this form.)*

b. **If the request was granted, the information described in item ⑦ on the order (form CH-165) must be kept CONFIDENTIAL. The disclosure or misuse of the information is punishable as a sanction, with a fine of up to $1,000 or other court penalities.**

## ⑥ Service of Documents for the Person in ①

**At least** ☒ **five** ☐ ____ **days before the hearing** , someone age 18 or older—**not you or anyone to be protected**—must personally give (serve) a court's file-stamped copy of this form CH-109 to the person in ② along with a copy of all the forms indicated below:

a. CH-100, *Request for Civil Harassment Restraining Orders* (file-stamped)

b. ☐ CH-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c. CH-120, *Response to Request for Civil Harassment Restraining Orders* (blank form)

d. CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*

e. ☐ CH-170, *Notice of Order Protecting Information of Minor* and CH-165, *Order on Request to Keep Minor's Information Confidential* (file-stamped) **IF GRANTED**

f. ☐ Other *(specify):* _____

Date: 12/10/25                                    **BLAIR A. SOPER**
                                                  *Judicial Officer*



Case Number:

25HR065758C

## To the Person in ① :

- The court cannot make the restraining orders after the court hearing unless the person in ② has been personally given (served) a copy of your request and any temporary orders. To show that the person in ② has been served, the person who served the forms must fill out a proof of service form. Form CH-200, *Proof of Personal Service,* may be used.

- For information about service, read form CH-200-INFO, *What Is "Proof of Personal Service"?*

- You may ask to reschedule the hearing if you are unable to find the person in ② and need more time to serve the documents, or for other good reasons. Read form CH-115-INFO, *How to Ask for a New Hearing Date.*

- You must attend the hearing if you want the judge to make any of the orders you requested on form CH-100, *Request for Civil Harassment Restraining Orders.* Bring any evidence or witnesses you have. For more information, read form CH-100-INFO, *Can a Civil Harassment Restraining Order Help Me?*

## To the Person in ② :

- If you want to respond to the request for orders in writing, file form CH-120, *Response to Request for Civil Harassment Restraining Orders,* and have someone age 18 or older—**not you or anyone to be protected**—mail it to the person in ①.

- The person who mailed the form must fill out a proof of service form. Form CH-250, *Proof of Service by Mail,* may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.

- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.

- You may bring witnesses and other evidence.

- At the hearing, the judge may make restraining orders against you that could last up to five years and may order you to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts that you own or possess. This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531). If an order is granted, you will also be prohibited from owning, possessing, or buying body armor and will have to relinquish any body armor you have.

- If you are unable to attend your court hearing or need more time to prepare your case, you may ask to reschedule your court date. Read form CH-115-INFO, *How to Ask for a New Hearing Date.*



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to www.courts.ca.gov/forms for *Disability Accommodation Request* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

Date: **DEC 10 2025**

Clerk, by _____ , Deputy

Rev. January 1, 2025

**Notice of Court Hearing
(Civil Harassment Prevention)**

CH-109, Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | Clear this form |

## CH-100

# Request for Civil Harassment Restraining Orders

Read *Can a Civil Harassment Restraining Order Help Me?* (form CH-100-INFO before completing this form. Also fill out *Confidential CLETS Information* (form CLETS-001 with as much information as you know.

*Clerk stamps date here when form is filed.*

F I L E D
Clerk of the Superior Court

DEC 1 0 2025

By: M. Schwenke, Deputy

### ① Person Seeking Protection

a. Your Full Name:
MICHAEL REEVES    Age: 56

Your Lawyer *(if you have one for this case)*
Name: N/A    State Bar No.:
Firm Name:

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address:   2301 ERIE STREET
City: SAN DIEGO    State: CA  Zip: 92110
Telephone: ~~(xxx)xxx-xxxx~~    Fax:
Email Address: ~~(xxxxxxxxxxxxxxxxxxxxx)~~

*Fill in court name and street address:*

**Superior Court of California, County of**

**Superior Court**
330 West Broadway
San Diego, CA 92101

*Court fills in case number when form is filed.*

**Case Number:**
25HR065758C

### ② Person From Whom Protection Is Sought

Full Name:   JOHN DOE 5    Age: 65
Address *(if known):*   4436 LISTER STREET
City: SAN DIEGO    State: CA  Zip: 92110

### ③ Additional Protected Persons

a. Are you asking for protection for any other family or household members?  ☐ Yes  ☐ No   *If yes, list them:*

| Full Name | Gender | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
|  | M |  | ☐ Yes ☒ No |  |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.*

b. Why do these people need protection? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*
see attached

## This is not a Court Order.

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 1 of 6
→

Case Number: 25HR065758C

## ④ Relationship of Parties

How do you know the person in ②? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

see attached   No relationship/unknown person(s), see attached for additional informational

## ⑤ Venue

Why are you filing in this county? *(Check all that apply):*

a. ☒ The person in ② lives in this county.

b. ☒ I was harassed by the person in ② in this county.

c. ☐ Other *(specify):* _____

## ⑥ Other Court Cases

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☐ Yes   ☒ No   *(If yes, check each kind of case and indicate where and when each was filed.)*

| Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|
| (1) ☐ Civil Harassment | | | |
| (2) ☐ Domestic Violence | | | |
| (3) ☐ Divorce, Nullity, Legal Separation | | | |
| (4) ☐ Paternity, Parentage, Child Custody | | | |
| (5) ☐ Elder or Dependent Adult Abuse | | | |
| (6) ☐ Eviction | | | |
| (7) ☐ Guardianship | | | |
| (8) ☐ Workplace Violence | | | |
| (9) ☐ Small Claims | | | |
| (10) ☐ Criminal | | | |
| (11) ☐ Other *(specify):* | | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☒ No   ☐ Yes *(If yes, attach a copy if you have one.)*

## ⑦ Description of Harassment

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.

(1) When did it happen? *(provide date or estimated date):*   November 15, 2025 to present

(2) Who else was there?   Other participants

_____

_____

_____

**This is not a Court Order.**

| Case Number: |
|---|
| 25HR065758C |

⑦ a. (3) How did the person in ② harass you? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

"John Doe 5 has entered my property 11 times between 6:00–7:00 a.m., beginning the first day I moved in. Each time, he came directly to my bedroom window area and banged loudly on my trash bins, causing fear and distress. His conduct often coincided with Jane Doe's actions, and they appeared to act together. On December 10, 2025, the morning of this filing, he was again at my bedroom window at 6:37 a.m. banging on the bin and fled when I approached. I then went to his residence and told him not to return to my property. His actions are separate and more severe than the others because he physically entered my property to harass me.

(4) Did the person in ② use or threaten to use a gun or any other weapon?

☐ Yes   ☒ No   *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

_____

_____

_____

(5) Were you harmed or injured because of the harassment?

☒ Yes   ☐ No   *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

Yes. I have suffered emotional and psychological injury due to the ongoing harassment. The repeated incidents have caused fear, anxiety, stress, loss of sleep, and constant concern for my personal safety. I have also changed my daily routines, altered how and when I leave my home, and feel unsafe in my own residence.

(6) Did the police come? ☐ Yes ☒ No

If yes, did they give you or the person in ② an Emergency Protective Order? ☐ Yes ☐ No

If yes, the order protects *(check all that apply):*

☐ Me   ☐ The person in ②   ☐ The persons in ③ .

*(Attach a copy of the order if you have one.)* Police Report T25028075   OMB-23782-OMB: Formal ADA Grievance

b. Has the person in ② harassed you at other times?

☒ Yes ☐ No   *(If yes, describe prior incidents and provide dates of harassment below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

see attachment _____

_____

_____

_____

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

| Case Number: |
| --- |
| 25HR065758C |

## Check the orders you want. ☑

**(8)** ☐ **Personal Conduct Orders**

I ask the court to order the person in ② **not** to do any of the following things to me or to any person to be protected listed in ③ :

a. ☐ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☐ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means. I am requesting a court order requiring John Doe to refrain from exiting his residence or engaging in

c. ☐ Other (specify):        any behavior that harasses, stalks, intimidates, or interferes with my use and enjoyment of my home
whenever I leave or enter my residence.
    ☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.
        see attched for more information

The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.

**(9)** ☐ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least ___10___ yards away from (check all that apply):

    (1) ☐ Me.
    (2) ☐ The other persons listed in ③.
    (3) ☐ My home.
    (4) ☐ My job or workplace.
    (5) ☐ My school.
    (6) ☐ My children's school.
    (7) ☐ My children's place of child care.

    (8) ☐ My vehicle.
    (9) ☒ Other (specify):

I request that she stay at least 10 yards (30 feet) away from me, my residence entrances, my door area, and any place where I live or walk to access my home, except inside her own residence.

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?    ☒ Yes ☐ No   (If no, explain below):
    ☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.

**(10)** **Firearms (Guns), Firearm Parts, and Ammunition**

Does the person in ② own or possess any firearms (guns), firearm parts, or ammunition? This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531).   ☐ Yes ☐ No   ☒ I don't know

If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive firearms (guns), firearm parts, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts within their immediate possession or control. If an order is granted, the person in ② will also be prohibited from owning, possessing, or buying body armor and would have to relinquish any they have.

**This is not a Court Order.**



| Case Number: |
|---|
| 25HR065758C |

**(11) ☒ Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order,* for the court's signature together with this *Request.*

Has the person in ② been told that you were going to go to court to seek a TRO against him or her?

☐ Yes   ☒ No   *(If you answered no, explain why below).*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

No. I have not told them because doing so would likely escalate the harassment and put me at greater risk. Their behavior has already been aggressive and unpredictable, and notifying them in advance could increase the danger to me."

**(12) ☒ Request to Give Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains What Is "Proof of Personal Service"? Form CH-200, Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

I am requesting service by the Sheriff because I do not feel safe having anyone personally serve the respondent, and there is a credible risk of conflict or harm if I attempt service myself.

**(13) ☒ No Fee for Filing or Service**

a. ☐ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☒ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file form FW-001, Application for Waiver of Court Fees and Costs.)*

**(14) ☒ Lawyer's Fees and Costs**

I ask the court to order payment of my   ☐ lawyer's fees   ☐ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|

"I request that the court order the respondent(s) to pay my attorney's fees and costs under Code of Civil Procedure § 527.6." "$5,000 (estimated future attorney's fees). I plan to retain an attorney upon issuance of the Temporary Restraining Order and request that reasonable future fees be awarded."

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

Case Number: **25HR065758C**

**(15)** ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.
   *(Identify animals by, e.g., type, breed, name, color, sex.)*
   n/a
   _____

   _____

I request sole possession of the animals because *(specify good cause for granting order)*:

   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*

   n/a
   _____

   _____

   _____

b. ☐ That the person in **②** must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**(16)** ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.*

(a) No Contact / Stay Away- The respondent(s) must stay at least 10 yards (30 feet) away from me, my home entrances, my walkway, driveway, and any place I live or walk to access my home, except inside their own residence. (b) Prohibit Harassment / Stalking The respondent(s) must not engage in any form of harassment, stalking, intimidation, or threatening behavior, including: Coming outside whenever I exit my home/Following or watching me/Circling the property Making loud noises, flashing lights, or setting off alarms to annoy or scare me Attorney's Fees and Costs - The respondent(s) must pay my attorney's fees and costs, estimated at $5,000, pursuant to CCP § 527.6, as their harassment has forced me to seek legal protection. Electronic Harassment / Surveillance The respondent(s) must cease any use of apps, devices, or other technology to monitor, track, or alert others to my presence.

**(17)** Number of pages attached to this form, if any: _____

Date:    December 9, 2025

_____        ▶ _____
   *Lawyer's name (if any)*                      *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date:    December 9, 2025

Michael Reeves                          ▶ *[signature]*
_____        _____
   *Type or print your name*                   *Sign your name*

**This is not a Court Order.**

MC-031

| PLAINTIFF/PETITIONER: MICHAEL REEVES | CASE NUMBER: |
| DEFENDANT/RESPONDENT: JOHN DOE 5 | 25HR065758C |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

I, Michael Reeves, declare as follows:

1. I am the petitioner in this matter and make this declaration based on my personal knowledge.

2. John Doe 2 and John Doe 3, John Doe 4, residents of 4437 Lister Street, San Diego, CA, have engaged in repeated harassment toward me 17x since I moved into my residence at 2301 Erie Street, San Diego, CA.

3. Their harassing conduct includes either immediately exiting their residence or driving up to my home whenever I leave my property. Upon doing so, they make loud, disturbing noises by hitting objects or repeatedly activating their vehicle alarms using keyless entry devices in a manner intended to intimidate and annoy me.

4. These actions have occurred multiple times daily and create a pattern of harassment, stalking, and intimidation.

5. This conduct has caused me emotional distress, anxiety, and fear for my safety, interfering with my use and enjoyment of my home.

6. I have documented these incidents and attached additional details in Attachment A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 9, 2025

MICHAEL REEVES
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO

# CIVIL HARASSMENT
# RESPONDENT PACKET



| FORMS INCLUDED IN THIS PACKET | |
|---|---|
| How Can I Respond to a Request for Civil Harassment Restraining Orders? | Judicial Council Form #CH-120-INFO |
| Response to Request for Civil Harassment Restraining Orders | Judicial Council Form #CH-120 |
| How to Ask for a New Hearing Date | Judicial Council Form #CH-115-INFO |
| Instructions for Requesting to Continue Hearing on Restraining Order | SDSC Form #CIV-385 |
| Proof of Service of Response by Mail | Judicial Council Form #CH-250 |
| How to Turn in Firearms, Firearms Parts, and Ammunition | SDSC Form #ADM-438 |
| How Do I Turn In, Sell, or Store my Firearms and Firearm Parts? | Judicial Council Form #CH-800-INFO |
| Receipt for Firearms and Firearm Parts | Judicial Council Form #CH-800 |

## CH-120-INFO    How Can I Respond to a Request for Civil Harassment Restraining Orders?

### What is a civil harassment restraining order?

It is a court order that prohibits you from doing certain things and going to certain places.

### What does the order do?

The court can order you to:

- Not contact the person who asked for the order
- Stay away from that person and the person's home and workplace
- Not have any firearms (guns), firearm parts, ammunition, or body armor as long as the order is in effect. This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531).

  For more information about the items you would not be allowed to have, please see selfhelp.courts.ca.gov/restraining-orders/prohibited-items.

### Who can ask for a civil harassment restraining order?

A person who is worried about safety because he or she has been or is being:

- Stalked
- Harassed
- Assaulted, including sexually, *or*
- Threatened with violence

### I've been served with a request for civil harassment restraining orders. What do I do now?

Read the papers served on you very carefully. The *Notice of Court Hearing* tells you when to appear in court. There may also be a *Temporary Restraining Order* forbidding you from doing certain things. You must obey the order until the hearing.

### What if I don't agree with what the order says?

You still must obey the order until the hearing. If you disagree with the orders the person is asking for, fill out form CH-120, *Response to Request for Civil Harassment Restraining Orders,* before your hearing date and file it with the court. If you need to include attachments, you can use form MC-025. You can get the forms from legal publishers or from the California Courts website at www.courts.ca.gov/forms. Forms may also be at your local courthouse or county law library.

### What if I don't obey the order?

The police can arrest you. You can go to jail and pay a fine.

### Do I have to serve the other person with a copy of my response?

Yes. Have someone age 18 or older—**not you**—mail a copy of completed form CH-120 to the person who asked for the order (or that person's lawyer). (This is called "service by mail.")

The person who serves the form by mail must fill out form CH-250, *Proof of Service by Mail.* Have the person who did the mailing sign the original. Take the completed form back to the court clerk or bring it with you to the hearing.

### Should I go to the court hearing?

Yes. You should go to court on the date listed on form CH-109, *Notice of Court Hearing.* If you do not go to the hearing, the judge can make orders against you without hearing from you.

| CH-109 | Notice of Court Hearing | Clerk stamps date here when form is filed. |
| --- | --- | --- |

**① Person Seeking Protection**

a. Your Full Name:

Your Lawyer (if you have one for this case):
Name:                    State Bar No.:
Firm Name:

b. Your Address (*If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.*)

Address:
City:                    State:        Zip:
Telephone:               Fax:
Email Address:

Fill in court name and street address:
Superior Court of California, County of

Court fills in case number when form is filed.
Case Number:

**② Person From Whom Protection Is Sought**

Full Name:

*The court will complete the rest of this form.*

**③ Notice of Hearing**

A court hearing is scheduled on the request for restraining orders against the person in ②:

Name and address of court if different from above:

Hearing Date → Date:        Time:
             Dept.:        Room:

To the person in ②:

- If you attend the hearing (in person, by phone, or by videoconference) and the judge grants a restraining order against you, the order will be effective immediately, and you could be arrested if you violate the order.
- If you do not attend the hearing, the judge may still grant the restraining order that could last up to five years. After you receive a copy of the order, you could be arrested if you violate the order.

**④ Temporary Restraining Orders** (*Any orders granted are on form CH-110, served with this notice.*)

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are (*check only one box below*):

(1) ☐ All GRANTED until the court hearing.
(2) ☐ All DENIED until the court hearing. (*Specify reasons for denial in b, below.*)
(3) ☐ Partly GRANTED and partly DENIED until the court hearing. (*Specify reasons for denial in b, below.*)

| Judicial Council of California, www.courts.ca.gov Rev. January 1, 2025, Mandatory Form Code of Civil Procedure, § 527.9 Approved by DCJ | **Notice of Court Hearing** (Civil Harassment Prevention) | CH-109, Page 1 of 5 → |
| --- | --- | --- |

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Optional Form
Code of Civil Procedure, § 527.6

**How Can I Respond to a Request for Civil Harassment Restraining Orders?**
(Civil Harassment Prevention)

CH-120-INFO, Page 1 of 2


## CH-120 — Response to Request for Civil Harassment Restraining Orders

**Use this form to respond to the *Request* (form CH-100)**

- Read *How Can I Respond to a Request for Civil Harassment Restraining Orders?* (form CH-120-INFO) to protect your rights.
- Fill out this form and take it to the court clerk.
- Have someone age 18 or older—**not you**—serve the person in (1) or his or her lawyer by mail with a copy of this form and any attached pages. *(Use form CH-250, Proof of Service by Mail.)*

**Clerk stamps date here when form is filed.**

### (1) Person Seeking Protection

Full name of person seeking protection *(see form CH-100, item (1)):*

_____

**Fill in court name and street address:**

**Superior Court of California, County of San Diego**
- ☐ CENTRAL DIVISION, HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101
- ☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
- ☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081
- ☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

*Court fills in case number when form is filed.*

**Case Number:**

### (2) Person From Whom Protection Is Sought

a. Your Name: _____

Your Lawyer *(if you have one for this case)*
Name: _____ State Bar No.: _____
Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: _____
City: _____ State: _____ Zip: _____
Telephone: _____ Fax: _____
Email Address: _____

Present your response and any opposition at the hearing. Write your hearing date, time, and place from form CH-109 item (3) here:

**Hearing Date** → Date: _____ Time: _____
Dept.: _____ Room: _____

**If you were served with a Temporary Restraining Order, you must obey it until the hearing.** At the hearing, the court may make orders against you that last for up to five years.

### (3) ☐ Personal Conduct Orders

a. ☐ I agree to the orders requested.
b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item (12) on page 4.)*
c. ☐ I agree to the following orders *(Specify below or in item (12) on page 4.)*

_____

_____

### (4) ☐ Stay-Away Orders

a. ☐ I agree to the orders requested.
b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item (12) on page 4.)*
c. ☐ I agree to the following orders *(specify below or in item (12) on page 4):*

_____
_____

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Response to Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-120, Page 1 of 5

Case Number:

**(8)** ☐ **Possession and Protection of Animals**

a. ☐ I agree to the orders requested.

b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item (12) on page 4.)*

c. ☐ I agree to the following orders *(specify below or in item (12) on page 4):*

_____

_____

_____

**(9)** ☐ **Other Orders**

a. ☐ I agree to the orders requested.

b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item (12) on page 4.)*

c. ☐ I agree to the following orders *(specify below or in item (12) on page 4):*

_____

_____

_____

_____

_____

**(10)** ☐ **Denial**

I did not do anything described in item (7) of form CH-100. *(Skip to (12) .)*

**(11)** ☐ **Justification or Excuse**

If I did some or all of the things that the person in (1) has accused me of, my actions were justified or excused for the following reasons *(explain):*

☐ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "Attachment 11—Justification or Excuse" as a title. You may use form MC-025, Attachment.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Rev. January 1, 2025

**Response to Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-120, Page 3 of 5



Case Number:

**(14)** ☐ **Lawyer's Fees and Costs**

a. ☐ I ask the court to order payment of my ☐ Lawyer's fees ☐ Court costs.
The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper and write "Attachment 14—Lawyer's Fees and Costs" for a title. You may use form MC-025, Attachment.*

b. ☐ I ask the court to deny the request of the person asking for protection that I pay his or her lawyer's fees and costs.

**(15)** Number of pages attached to this form, if any: _____

Date: _____

_____          ▶ _____
*Lawyer's name (if any)*                              *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: _____

_____          ▶ _____
*Type or print your name*                              *Sign your name*

## CH-115-INFO  How to Ask for a New Hearing Date

**(1) You may need to ask for a new court date if:**

- You are the person asking for protection and are unable to have *Notice of Court Hearing* (form CH-109), and other papers served in time before the court date.

- You are the person to be restrained and making your first request to reschedule your court date.

- You have a good reason for needing a new court date. (The court may grant your request to reschedule your court date on a showing of good cause.)

**(2) What does form CH-115 do?**

Use *Request to Continue Hearing* (form CH-115) to ask the court to reschedule your court date. If your court date is rescheduled and a *Temporary Restraining Order* (TRO; form CH-110) was granted, the TRO will be extended until the end of your new court date unless the court decides to modify or terminate it. "Extend" means to keep any temporary orders in effect until the new court date.

**(3) Follow these steps:**

- Fill out all of form CH-115.

- Fill out items (1) and (2) on *Order on Request to Continue Hearing* (form CH-116).

- The judge will need to review your papers. In some courts, you must give your papers to the clerk. Ask the court clerk for information on how you ask the judge to review your papers.

- After you turn in your forms as required by your local court, check with the clerk's office to see if the judge approved (granted) your request to reschedule your court date.

- If the judge signed form CH-116, you will have a new court date. If the judge did NOT sign the form, you should go to court at the date, time, and location on form CH-109.

- Next, file both forms CH-115 and CH-116 with the clerk. The clerk will make up to three file-stamped copies for you. Keep at least one copy to bring to your court date.

- The other party must be served a copy of the court papers as described in item (6) on form CH-116.

- Ask the person who serves the papers to complete a proof of service form and give it to you. If service was in person, use *Proof of Personal Service* (form CH-200). If service was by mail, use *Proof of Service—Civil* (form POS-040). Make two copies of the completed forms.

- File the completed and signed proof of service form with the clerk's office before your court date.

- If the court reschedules your court date and extends the TRO to the new court date, the clerk will send the TRO to law enforcement. It will be entered into a statewide computer system that lets police know about the order so that it can be enforced.

**(4) Go to your court date**

- Take at least two copies of your documents and filed forms to your court date. Include a filed proof of service form. "Documents" may include exhibits, declarations, and financial statements, and the court may enter them into evidence at its discretion.

- If you are the person seeking protection and you do not go to the court date, your TRO will expire at the end of your court date.

- If you are the person to be restrained and you do not go to your court date, the court can still make orders against you that can last for up to five years.

**(5) Need help?**

Ask the court clerk about free or low-cost legal help that may be available in your county.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2020, Optional Form
Code of Civil Procedure, § 527.6(p)

**How to Ask for a New Hearing Date**
**(Civil Harassment Prevention)**

CH-115-INFO, Page 1 of 1



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## INSTRUCTIONS FOR REQUESTING TO CONTINUE
## HEARING ON RESTRAINING ORDER

Protected or restrained persons may request to continue the hearing on restraining order by following the process for the location where the hearing is scheduled as indicated below.

The following forms are required:

**Civil Harassment**
- Request to Continue Hearing (JC Form #CH-115)
- Order on Request to Continue Hearing (JC Form #CH-116)

**Elder or Dependent Adult Abuse**
- Request to Continue Hearing (JC Form #EA-115)
- Order on Request to Continue Hearing (JC Form #EA-116)

**Gun Violence**
- Request to Continue Court Hearing for Gun Violence Restraining Order (JC Form #GV-115)
- Order on Request to Continue Hearing (JC Form #GV-116)

**Private Postsecondary School Violence**
- Request to Continue Hearing (JC Form #SV-115)
- Order on Request to Continue Hearing (JC Form #SV-116)

**Workplace Violence**
- Request to Continue Hearing (JC Form #WV-115)
- Order on Request to Continue Hearing (JC Form #WV-116)

Parties may request to continue the hearing by either appearing on the day of the hearing or appearing ex parte prior to the scheduled hearing date.

## Instructions for Appearing Ex Parte

**Central Division**

An ex parte hearing may be scheduled by calling (619) 450-7275 and requesting to be transferred to Department 61. Notice of the ex parte hearing must be provided by a third party to the opposing party/attorney no later than 10:00 a.m. the court day prior to the ex parte appearance.

In addition to the required forms listed above, the requesting party must also complete and submit an Ex Parte Application (SDSC Form #ADM-252) to the courtroom clerk upon checking-in.

**East County Division**

An ex parte hearing may be heard on a walk-in basis. The required forms listed above must be submitted in the Business Office prior to 3:00 p.m.

**North County Division**

An ex parte hearing may be heard on a walk-in basis. The required forms listed above must be submitted in the Business Office prior to 3:00 p.m.

**South County Division**

An ex parte hearing may be scheduled at the counter in the Business Office or by calling (619) 746-6200 the day before the requested hearing date. Notice of the ex parte hearing must be provided by a third party to the opposing party/attorney no later than 10:00 a.m. the court day prior to the ex parte appearance.

In addition to the required forms listed above, the requesting party must also complete and submit an Ex Parte Application (SDSC Form #ADM-252) and a declaration of notice and drop them off in the Ex Parte Box no later than 12:00 p.m. the day before the scheduled ex parte hearing.

**CH-250**    **Proof of Service by Mail**

*Clerk stamps date here when form is filed.*

**(1) Name of Person Asking for Protection:**

_____

**(2) Name of Person to Be Restrained:**

_____

**(3) Notice to Server**

The server must:

- Be 18 years of age or over.
- Not be listed in items **(1)**,**(2)**, or **(3)** of form CH-100, *Request for Civil Harassment Restraining Orders.*
- Mail a copy of all documents checked in **(4)** to the person in **(5)**.

*Fill in court name and street address:*

**Superior Court of California, County of San Diego**
☐ CENTRAL DIVISION, HALL OF JUSTICE
  330 W. BROADWAY, SAN DIEGO, CA 92101
☐ EAST COUNTY DIVISION,
  250 E. MAIN ST., EL CAJON, CA 92020
☐ NORTH COUNTY DIVISION,
  325 S. MELROSE DR., VISTA, CA 92081
☐ SOUTH COUNTY DIVISION,
  500 3RD AVE., CHULA VISTA, CA 91910

*Fill in case number:*

**Case Number:**

**(4) I (the server) am 18 years of age or over and live in or am employed in the county where the mailing took place. I mailed a copy of all documents checked below to the person in (5):**

a. ☐ CH-120, *Response to Request for Civil Harassment Restraining Orders*

b. ☐ CH-130, *Civil Harassment Restraining Order After Hearing*

c. ☐ Other *(specify):* _____

_____

_____

_____

**(5) I placed copies of the documents checked above in a sealed envelope and mailed them as described below:**

a. Name of person served: _____

b. To this address: _____

  City: _____  State: _____  Zip: _____

c. Mailed on *(date):* _____

d. Mailed from *(city):* _____  *(state):* _____

**(6) Server's Information**

Name: _____

Address: _____

City: _____  State: _____  Zip: _____

Telephone: _____

If you are a registered process server:

  County of registration: _____  Registration number: _____

**(7) I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.**

Date: _____

_____     ▶  _____
*Type or print server's name*              *Server to sign here*

Judicial Council of California, www.courts.ca.gov
Rev. September 1, 2022, Optional Form
Code of Civil Procedure, § 527.6

**Proof of Service by Mail  (CLETS)**
**(Civil Harassment Prevention)**

CH-250, Page 1 of 1



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## HOW TO TURN IN FIREARMS, FIREARM PARTS, AND AMMUNITION

If the court issues a restraining or protective order against you, you are prohibited from owning, possessing, or buying firearms, firearm parts, and ammunition ("Prohibited Items"). **You must act quickly**. Upon request from law enforcement, you must immediately surrender your Prohibited Items. Otherwise, you have **24 hours** from the time you received the court's order to turn in ("relinquish") your Prohibited Items and **48 hours** from the time you received the court's order to file proof with the court. Do not bring your Prohibited Items to the courthouse.

## Options for Relinquishing Prohibited Items

### Option 1: Sell them to, or store them with, a federally licensed gun dealer
You can find a gun dealer in your area by searching online. Make sure the dealer you choose is federally licensed.

### Option 2: Turn them in to a local law enforcement agency
Call the San Diego County Sheriff's Office or the police department where you live. Tell them a restraining or protective order was issued against you and you need to turn in your Prohibited Items. Listen to and follow carefully the instructions given to you by law enforcement. They may ask you for: (1) a description of you and your car, (2) your ID, and (3) a copy of the court order requiring relinquishment. They may share with you the following general safety instructions:

- Your firearm(s) must be unloaded.
- Place the Prohibited Items in the trunk of your car and lock your trunk. If you do not have a trunk, lock your firearm in a container and put it in the back of your vehicle out of arm's reach. Do not put it in your glove compartment. (Pen. Code, § 16850)
- Drive straight to the law enforcement agency. Do not stop anywhere else.
- Call the agency when you get there. They will tell you what to do. If you do not have a cell phone, leave the firearm inside of your car and go inside of the agency office and ask for instructions.

*Do not call 911. Use the local law enforcement non-emergency numbers below:*

| | |
|---|---|
| Carlsbad Police Dept. | (442) 339-2197 |
| Chula Vista Police Dept. | (619) 691-5151 |
| Coronado Police Dept. | (619) 522-7350 |
| El Cajon Police Dept. | (619) 579-3311 |
| Escondido Police Dept. | (760) 839-4722, or |
| | (760) 839-4740, #2 |
| La Mesa Police Dept. | (619) 667-1400 |
| National City Police Dept. | (619) 336-4411 |
| Oceanside Police Dept. | (760) 435-4900 |
| San Diego Police Dept. | (619) 531-2000, or |
| | (858) 484-3154 |
| San Diego Sheriff's Office | (858) 868-3200 |

## How to File Proof with the Court
You have 48 hours from the time you received the restraining order to file proof of relinquishment with the court. You can use JC Form #CH/DV/EA/GV/SV/WV-800 for this purpose. Bring it with you to the gun dealer or law enforcement agency and ask them to complete the relevant portions. Or obtain a receipt from the agency or dealer.

Bring the original and one copy of JC Form #CH/DV/EA/GV/SV/WV-800 or your receipt to the courthouse where the order was issued. The clerk will file the original, stamp your copy, and return the stamped copy to you for your records.

## Questions?

JC Form #CH/DV/EA/GV/SV/WV-800-INFO provides answers to frequently asked questions about firearm relinquishment.

## CH-800-INFO    How Do I Turn In, Sell, or Store My Firearms and Firearm Parts?

### What items do I need to turn in, sell, or store?

You must turn in, sell, or store all of the following prohibited items that you have or control:

- Firearms, including any handgun, rifle, shotgun, and assault weapon;
- Firearm parts, meaning receivers, frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531). These may also be called "ghost guns."

You also may not have or possess ammunition.

### How do I properly turn in, sell, or store the prohibited items?

You must take them to:

- Law enforcement, who will accept all prohibited items and may store them or destroy them;

OR

- A licensed gun dealer, who can buy or store firearms. If you have firearm parts, call ahead for more information.

### When do I have to turn in, sell, or store the prohibited items?

Immediately, if law enforcement asks you for the items. Otherwise, within 24 hours.

### Who can I turn in, sell, or store the prohibited items with?

Only law enforcement or a licensed gun dealer. You cannot give your prohibited items to a family member, friend, or anyone else.

### Where can I sell the prohibited items?

At a licensed gun dealer in your area. You can search the internet for "Gun Dealers" or "Firearms Dealers" to find one. Make sure the dealer is licensed.

### Do I have to pay a fee to store prohibited items?

You may have to pay a fee. Contact your local law enforcement agency or a licensed gun dealer about fees and whether they have space to store your items.

### How do I turn in the prohibited items to law enforcement?

Call your local law enforcement agency to ask about their procedures. Unload your firearms and take a copy of the court order with you.
**Do not** bring firearms to court.

### If I turn in the prohibited items to law enforcement, how long will they keep them?

It depends. There are procedures for getting your firearms back after the restraining order has expired. Ask the law enforcement agency for more information.

### After I turn in the prohibited items to law enforcement, can I change my mind?

Yes. You are allowed to sell firearms to a licensed gun dealer. To do so, the gun dealer must present a bill of sale to your local law enforcement agency. The law enforcement agency will give the licensed gun dealer the items that you are selling.

### Do I have to prove that I have turned in, sold, or stored the prohibited items?

Yes. Within 48 hours you must file a receipt with the court showing that you have surrendered the prohibited items to a law enforcement agency or sold them to or stored them with a licensed gun dealer. You may use *Receipt for Firearms and Firearm Parts* (form CH-800) for this purpose.

### Additional Questions?

Contact an attorney for legal advice. Call your local law enforcement agency, for example, your city police or county sheriff for their procedures.

### Information about prohibited items and how to obey these orders is also available online.

See *https://selfhelp.courts.ca.gov/respond-to-CH-restraining-order/obey-firearms-orders.*

### For help in your area, contact:

*[Local information may be inserted.]*

---

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Optional Form
Code of Civil Procedure, §§ 527.6 and 527.9

**How Do I Turn In, Sell, or Store My Firearms and Firearm Parts?**
**(Civil Harassment Prevention)**

CH-800-INFO, Page 1 of 1

## CH-800 — Receipt for Firearms and Firearm Parts

Clerk stamps date here when form is filed.

**(1) Petitioner**

Name: _____

**(2) Restrained Person**

a. Your Name: _____

Your Lawyer *(if you have one for this case)*:

Name: _____ State Bar No.: _____

Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: _____

City: _____ State: _____ Zip: _____

Telephone: _____ Fax: _____

Email Address: _____

Fill in court name and street address:

**Superior Court of California, County of San Diego**
- ☐ CENTRAL DIVISION, HALL OF JUSTICE
  330 W. BROADWAY, SAN DIEGO, CA 92101
- ☐ EAST COUNTY DIVISION,
  250 E. MAIN ST., EL CAJON, CA 92020
- ☐ NORTH COUNTY DIVISION,
  325 S. MELROSE DR., VISTA, CA 92081
- ☐ SOUTH COUNTY DIVISION,
  500 3RD AVE., CHULA VISTA, CA 91910

*Court fills in case number when form is filed.*

**Case Number:** _____

**(3) To the Restrained Person:**

If a judge has ordered you to turn in, sell, or store your firearms (guns) and firearm parts—meaning receivers, frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531)—use this form to prove to the judge that you have obeyed their orders. Take this form to a law enforcement officer or a licensed gun dealer to complete item ④ or ⑤. For more information on how to properly turn in your items, read form CH-800-INFO, *How Do I Turn In, Sell, or Store My Firearms and Firearm Parts?*

**(4) To Law Enforcement**

*(Complete the section below. Keep a copy and give the original to the person in ② .)*

Name of Law Enforcement Agency: _____

Name of Law Enforcement Agent: _____

Address: _____

Telephone: _____ Email Address: _____

**Items Surrendered**

a. Firearms and firearm parts transferred on:

Date: _____ Time: _____ ☐ a.m. ☐ p.m.

b. List of items *(List all the items surrendered by the person in ②. You may attach a separate form from your agency (e.g., a property report), use item ⑥, or both. Check below if you have attached a separate form):*

☐ Separate form is attached. *(If it does not include all surrendered items, list additional items in item ⑥ .)*

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

▶ Signature of law enforcement agent: _____

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Optional Form
Code of Civil Procedure, §§ 527.6 and 527.9;
Penal Code, § 29830

**Receipt for Firearms and Firearm Parts**
(Civil Harassment Prevention)

CH-800, Page 1 of 3



Case Number:

## (7) To the Restrained Person:

Besides the items listed on page 2 or in an attached form, do you have or own any other firearms (guns) or firearm parts?

☐ No

☐ Yes *(If yes, check one of the boxes below):*

a. ☐ I filed a *Receipt for Firearms and Firearm Parts* (form CH-800) or other proof for those items with the court on *(date):* _____

b. ☐ I am filing the proof for those firearms (guns) and firearm parts along with this proof.

c. ☐ I have not yet filed the proof for the other firearms (guns) and firearm parts.
*(Explain why not):*

_____
_____
_____
_____
_____
_____

## Your signature

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____        ▶ _____
*Type or print your name*                              *Sign your name*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Your Next Steps

● After the form is complete, make two additional copies. Take the copies and original to the court clerk to file.

● Keep a copy for yourself.

**Note that failure to file a receipt with the court is a violation of the court's order.**

**EXHIBIT 7**

## SER-001    Request for Sheriff to Serve Court Papers

**Instructions:** Each county in California has a sheriff (and sometimes a marshal's office) that can serve different types of court papers, including restraining orders. Note that the sheriff cannot guarantee that they will be successful in finding the person you need served, but they will try to serve based on the information you put on this form.

- Complete this form for each set of papers you need served. You must complete a separate form for each person you need served.

- Find out where the person you need served is located. Give your papers to the sheriff or marshal's office in that county.

- You may have to pay for service of some court papers. For more information, see page 5 of this form, or go to https://selfhelp.courts.ca.gov/sheriff-serves.

- Do not use this form if you are asking the sheriff to enforce a wage garnishment order on an employer. Instead, use forms WG-001, *Application for Earnings Withholding Order*, and WG-035, *Confidential Statement of Judgment Debtor's Social Security Number*.

- If you want the sheriff to enforce a writ or levy, complete this form and form SER-001A, *Special Instructions for Writs and Levies—Attachment*.

**CONFIDENTIAL**

To Court Clerk: Do not file this form.

**Sheriff File Number** *(for sheriff to complete, if needed):*

*Fill in case number:*

**Court Case Number:**

25HR065759C

**All information is required unless it is listed as optional or does not apply to your case.**

**(1)  To the Sheriff or Marshal of** *(name of county):* San Diego

**(2)  Your Information**

a.  Your name *(party requesting service):* Michael Reeves

b.  Your lawyer's information *(if you have one)*
Name: N/A
Firm name: N/A

c.  Court case name: Reeves vs. John Doe 2
*(example: Garcia v. Smith)*

d.  Contact information for the sheriff or marshal to reach you

*(Give an address where you can receive mail regularly, like a post office box, a Safe at Home address, or another safe address. If you have a lawyer, give the lawyer's information.)*
Address to receive mail: 2301 Erie St
City: San Diego    State: CA    Zip: 92110
Telephone number *(optional):*    Email address *(optional):*

**CONFIDENTIAL**

**This is not a court form. Do not file with the court.**

Judicial Council of California, *www.courts.ca.gov*
New January 1, 2024, Mandatory Form
Government Code, §§ 7927.430, 26666, 26666.5, 26666.10    **Request for Sheriff to Serve Court Papers**    **SER-001, Page 1 of 5**

Court Case Number:
25HR065759C

(3) **Information About Person or Entity You Want Served**

*(Check a or b)*

a. ☑ I ask the sheriff to serve a person *(complete section below)*

   (1) Name of person: John Doe 2

   Nicknames or aliases *(optional)*: _____

   (2) Telephone number *(optional)*: N/A

   (3) Can you describe the person?

   ☐ No, I do *not* have any information about the person's description.

   ☑ Yes *(complete the section below with any information you have):*

   Gender: ☑ Male   ☐ Female   ☐ Nonbinary

   Height: _____ Weight: _____ Hair color: _____ Eye color: _____

   Date of birth or age *(give estimate, if unknown)*: 30 –40

   Race/Ethnicity: WHT

   Special marks or features *(tattoos, scars, etc.)*: N/A

   Vehicle *(type, model, year, color, plate number)*: BMW 9NUR143

   ☐ Check here if you are including a picture of the person.

   (4) Do you know of any safety or accessibility issues?

   ☐ No

   ☐ Yes *(complete the section below with any information you have):*

   The person *(check all that apply):*

   ☐ Has a gun or other weapon.                    ☐ Is on probation or parole.
   ☐ Has a history of violence or abuse.           ☐ Has an aggressive animal.
   ☐ Has special training *(examples: military, first responder)*.   ☐ Has mental health issues.
   ☐ Is deaf or hard of hearing.
   ☐ Does not speak English *(list language)*: _____
   ☐ Add any other information about safety or accessibility that you know about:

   _____

   _____

b. ☐ I ask the sheriff to serve an entity *(examples: business or government agency)*

   (1) Name and type of entity: _____

   Telephone number *(optional)*: _____

   (2) If there is a specific person who should be served, give name: _____

   (3) If there is an agent for service of process, give name: _____

   (4) List any safety or accessibility issues *(examples: weapons, aggressive animals, language barrier)*:

   _____

**CONFIDENTIAL**

**This is not a court form. Do not file with the court.**

New January 1, 2024                **Request for Sheriff to Serve Court Papers**                SER-001, Page 2 of 5



| Court Case Number: |
| --- |
| 25HR065759C |

## (4) Address Where Person or Entity Should Be Served

*(The sheriff typically serves during normal business hours. Check with the sheriff's office for the exact times.)*

Address: 4437 Lister St    ☑ Home  ☐ Business

City: San Diego    State: CA    Zip: 92110

Gate code or special instructions: _____

Best time to serve at this address *(example: 8 a.m.–noon):* _____

☐ *Check here if the person is in jail or prison (give name of facility):* _____

Alternate address *(optional)*
*(If the person cannot be found at the address listed above, some sheriffs may try a second address if it's in the same county. If you have a second address for the person you want served, complete the section below.)*

Address: _____    ☐ Home  ☐ Business

City: _____    State: _____    Zip: _____

Gate code or special instructions: _____

Best time to serve at this address *(example: 8 a.m.–noon):* _____

## (5) Information About Your Request

a.  What type of court papers are you giving the sheriff to serve *(examples: summons, restraining order, eviction, small claims, bank levy, or writ of attachment)?*

Complaint / Only

b.  List all forms or court papers you want served on the person in ③ a. *(optional).*
*(Note: You can list each form by its form number (example: FL-100, SC-100). If there is no form number, give the title of the document. The court may have ordered you to serve certain papers. Look at the court's order and list all forms required. If you do not know which papers you need to serve, ask a lawyer, or contact your local self-help center for free information.)*

CH100

c.  Is there a court hearing (court date)?
   ☑ I don't know
   ☐ No
   ☐ Yes  *(if yes, give date of hearing):* _____

**CONFIDENTIAL**

**This is not a court form. Do not file with the court.**

Court Case Number:
25HR065759C

5 d. Is there a deadline for service?
☐ I don't know
☑ No
☐ Yes *(if yes, give deadline):* _____

e. Has the court allowed you to serve your court papers in another way besides personal service *(example: substituted service)?*
☐ I don't know
☑ No
☐ Yes *(if yes, include a copy of the order allowing another type of service)*

f. Is there any other information you want or need to give to the sheriff to serve your court papers?
☑ No
☐ Yes *(if yes, give information below):*

_____
_____
_____
_____
_____
_____
_____
_____

6 **Enforcement of Writ or Levy**

**If you want the sheriff to enforce a writ or levy, you must complete form SER-001A,** *Special Instructions for Writs and Levies—Attachment,* **and turn it in with this form.**

*(Only complete this section if you want the sheriff to enforce a writ or levy.)*

Do you want the sheriff to both serve your court papers and act as levying officer?
☐ Yes

☐ No. I only want the sheriff to act as levying officer. A registered process server has or will serve my papers.

**Your Signature** *(party asking for service, or their lawyer)*

Date: ~~December 10, 2025~~

_____    _____
*Type or print your name*          *Sign your name (may be electronic)*

**CONFIDENTIAL**
**This is not a court form. Do not file with the court.**



| Court Case Number: |
| --- |
| 25HR065759C |

## Your Next Steps

- Find out if you need to pay a fee for service by asking the court's self-help center, a lawyer, or the sheriff's office. Here are some situations where you **do not** need to pay for service:
  - If you have a fee waiver in your case (fee waiver granted by a judge on form FW-003 or FW-005).
  - If you are serving a domestic violence, elder abuse, or gun violence restraining order.
  - If you have a civil harassment, workplace violence, or school violence restraining order based on a credible threat of violence or stalking.

- Give this form and a copy of all the court papers you need served to the sheriff or marshal, including a copy of a fee waiver (if you have one). If you do not have to pay a fee to the sheriff, you can send your papers electronically. If you have to pay a fee, contact the sheriff to find out your options for turning in your request. Note that you can always turn in your request in person.

- You should get a form back from the sheriff.
  - If the sheriff was able to serve your court papers, you should receive a form (called a proof of service). **Make sure you get a copy from the sheriff and file it with the court**. Note that if there is a court stamp at the top right corner of the first page, it has already been filed and you do not need to file it with the court.
  - If the sheriff was unable to serve your court papers, you should receive a form (sometimes called declaration of due diligence) that tells you that service was unsuccessful and will give details about when the sheriff tried to serve the person. If the sheriff was unable to serve your papers, you can ask a lawyer or court's self-help center about your next steps.

- To find your local court self-help center, go to https://selfhelp.courts.ca.gov/. Self-help center staff will not act as your lawyer but may be able to give you information to help you decide what to do in your case. Services are free.

## To Sheriff or Marshal

- This form is confidential and must not be made public.

- Any papers submitted with this form should be served and listed on the applicable proof of service form.

- Note that ⑤ b is optional and may help to identify documents that should have been submitted but were not received by your office.

- Under Government Code section 26666.2, once you've received a completed copy of this form and forms for service, you must attempt service unless:
  - Any order submitted does not have a judge's signature or other representation of a judge's signature; clerk's endorsement; or court stamp, seal, or other court endorsement; or
  - A court case number is not listed on the order, summons, or other notice.

**CONFIDENTIAL**
**This is not a court form. Do not file with the court.**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |

**FW-001**    **Request to Waive Court Fees**

**CONFIDENTIAL**

If you are getting public benefits, are a low-income person, or do not have enough income to pay for your household's basic needs and your court fees, you may use this form to ask the court to waive your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:
- You cannot give the court proof of your eligibility,
- Your financial situation improves during this case, or
- You settle your civil case for **$10,000** or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

Clerk stamps date here when form is filed.

F I L E D
Clerk of the Superior Court

DEC 1 2 2025

Fill in court name and street address:

Superior Court of California, County of

**Superior Court
330 West Broadway
San Diego, CA 92101**

Fill in case number and name:

**Case Number:**
**25HR065759C**

**Case Name:**

**(1) Your Information** (person asking the court to waive the fees):
Name: Michael Lowe
Street or mailing address: 1280 Erie St
City: San Diego    State: CA    Zip: 92110
Phone: 212-809-8452

**(2) Your Job,** if you have one (job title): N/A
Name of employer: N/A
Employer's address:

**(3) Your Lawyer,** if you have one (name, firm or affiliation, address, phone number, and State Bar number):

a. The lawyer has agreed to advance all or a portion of your fees or costs (check one):  Yes ☐    No ☐
b. (If yes, your lawyer must sign here) Lawyer's signature: _____
If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.

**(4) What court's fees or costs are you asking to be waived?**
☐ Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
☐ Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees* (form APP-015/FW-015-INFO).)

**(5) Why are you asking the court to waive your court fees?**
a. ☒ I receive (check all that apply; see form FW-001-INFO for definitions):
☒ Food Stamps ☐ Supp. Sec. Inc. ☐ SSP ☐ Medi-Cal ☐ County Relief/Gen. Assist. ☐ IHSS
☐ CalWORKS or Tribal TANF ☐ CAPI ☐ WIC ☐ Unemployment
b. ☐ My gross monthly household income (before deductions for taxes) is less than the amount listed below. (If you check 5b, you must fill out 7, 8, and 9 on page 2 of this form.)

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | |
|---|---|---|---|---|---|---|
| 1 | $2,608.33 | 3 | $4,441.67 | 5 | $6,275.00 | *If more than 6 people at home, add $916.67 for each extra person.* |
| 2 | $3,525.00 | 4 | $5,358.33 | 6 | $7,191.67 | |

c. ☐ I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to: (check one and you **must** fill out page 2):
☐ waive all court fees and costs    ☐ waive some of the court fees    ☐ let me make payments over time

**(6)** ☐ Check here if you asked the court to waive your court fees for this case in the last six months.
(If your previous request is reasonably available, please attach it to this form and check here): ☐

I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.
Date: 12-12-25

Michael Lewis
*Print your name here*

*Sign here*

Judicial Council of California, www.courts.ca.gov
Rev. March 1, 2025, Mandatory Form
Government Code, § 68633;
Cal. Rules of Court, rules 3.51, 8.26, and 8.818

**Request to Waive Court Fees**

FW-001, Page 1 of 2
→

Your name: _____

**Case Number:**
**25HR065759C**

*If you checked 5a on page 1, do not fill out below. If you checked 5b, fill out questions 7, 8, and 9 only. If you checked 5c, you **must** fill out this entire page. If you need more space, attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.*

**(7)** ☐ Check here if your income changes a lot from month to month. If it does, complete the form based on your average income for the past 12 months.

**(8) Your Gross Monthly Income**

a. List the source and amount of *any* income you get each month, including: wages or other income from work before deductions, spousal/child support, retirement, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest, trust income, annuities, net business or rental income, reimbursement for job-related expenses, gambling or lottery winnings, etc.

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. **Your total monthly income:** $_____

**(9) Household Income**

a. List the income of all other persons living in your home who depend in whole or in part on you for support, or on whom you depend in whole or in part for support.

| Name | Age | Relationship | Gross Monthly Income |
|------|-----|--------------|----------------------|
| (1) _____ | ____ | _____ | $_____ |
| (2) _____ | ____ | _____ | $_____ |
| (3) _____ | ____ | _____ | $_____ |
| (4) _____ | ____ | _____ | $_____ |

b. **Total monthly income of persons above:** $_____

**Total monthly income *and* household income (8b plus 9b):** $_____

To list any other facts you want the court to know, such as unusual medical expenses, etc., attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.

*Check here if you attach another page.* ☐

*Important!* If your financial situation or ability to pay court fees improves, you must notify the court within five days on form FW-010.

**(10) Your Money and Property**

a. Cash $_____

b. All financial accounts (List bank name and amount):
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

c. Cars, boats, and other vehicles

| Make / Year | Fair Market Value | How Much You Still Owe |
|-------------|-------------------|------------------------|
| (1) _____ | $_____ | $_____ |
| (2) _____ | $_____ | $_____ |
| (3) _____ | $_____ | $_____ |

d. Real estate

| Address | Fair Market Value | How Much You Still Owe |
|---------|-------------------|------------------------|
| (1) _____ | $_____ | $_____ |
| (2) _____ | $_____ | $_____ |

e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.):

| Describe | Fair Market Value | How Much You Still Owe |
|----------|-------------------|------------------------|
| (1) _____ | $_____ | $_____ |
| (2) _____ | $_____ | $_____ |

**(11) Your Monthly Deductions and Expenses**

a. List any payroll deductions and the monthly amount below:
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. Rent or house payment & maintenance $_____
c. Food and household supplies $_____
d. Utilities and telephone $_____
e. Clothing $_____
f. Laundry and cleaning $_____
g. Medical and dental expenses $_____
h. Insurance (life, health, accident, etc.) $_____
i. School, child care $_____
j. Child, spousal support (another marriage) $_____
k. Transportation, gas, auto repair and insurance $_____
l. Installment payments (list each below):
Paid to:
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

m. Wages/earnings withheld by court order $_____

n. Any other monthly expenses (list each below).
Paid to:    How Much?
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

**Total monthly expenses** (add 11a–11n above): $_____

**Request to Waive Court Fees**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]    [ Clear this form ]

**FW-003**  **Order on Court Fee Waiver**
**(Superior Court)**

*Clerk stamps date here when form is filed.*

F I L E D
*Clerk of the Superior Court*

DEC 1 2 2025

(1) **Person who asked the court to waive court fees:**
Name: Michael Reeves
Street or mailing address: 2301 Erie St
City: San Diego     State: CA   Zip: 92110

(2) **Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

*Fill in court name and street address:*
**Superior Court of California, County of**

**Superior Court**
**330 West Broadway**
**San Diego, CA 92101**

(3) A request to waive court fees was filed on *(date):* _____

☐ The court made a previous fee waiver order in this case on *(date):* _____

*Fill in case number and name:*
**Case Number:**
**25HR065759C**

**Case Name:**

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

(4) After reviewing your:     ☒ *Request to Waive Court Fees*     ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☒ The court **grants** your request, as follows:

(1) ☒ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):* _____

☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, *www.courts.ca.gov*
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

FW-003, Page 1 of 3

| Your name: _____ | Case Number:<br>**25HR065759C** |
|---|---|

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:

- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below    ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below    ☐ On Attachment 4b(2)

_____
_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:

- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
☐ Below    ☐ On Attachment 4c(1)

_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
☐ Below    ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____
_____

**This is a Court Order.**

Rev. September 1, 2019     **Order on Court Fee Waiver (Superior Court)**     FW-003, Page 2 of 3

| Your name: _____ | Case Number: **25HR065759C** |

Name and address of court if different from above:

**Hearing Date**
→ Date: _____ Time: _____ _____
Dept.: _____ Room: _____ _____
_____
_____

> **Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 12/12/25                              ~~Sgd~~ S, Bakke

Signature of (check one):  ☐ Judicial Officer  ☒ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☒ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California, on the date below.

☐ A certificate of mailing is attached.

Date: ~~12/12/25~~ SB 12/12/25

Clerk, by _____~~Sgd~~_____ , Deputy
Name: _____S, Bakke_____

**This is a Court Order.**

Rev. September 1, 2019          **Order on Court Fee Waiver (Superior Court)**          FW-003, Page 3 of 3

**CH-109**      **Notice of Court Hearing**

Clerk stamps date here when form is filed.

**FILED**
Cl__ of the Superior Court
DEC 10 2025
Filed By: S. Billings

## (1) Person Seeking Protection

a.  Your Full Name:
    MICHAEL REEVES

    Your Lawyer (if you have one for this case):

    Name:  N/A                    State Bar No.:

    Firm Name:  N/A

b.  Your Address (If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)

    Address:  2301 ERIE STEET

    City:  SAN DIEGO          State: CA    Zip:  92110

    Telephone: ~~(redacted)~~          Fax:

    Email Address: ~~(redacted)~~

Fill in court name and street address:

Superior Court of California, County of

**Superior Court**
330 West Broadway
San Diego, CA 92101

Court fills in case number when form is filed.

Case Number:  25HR065759C

## (2) Person From Whom Protection Is Sought

Full Name:  JOHN DOE 2

*The court will complete the rest of this form.*

## (3) Notice of Hearing

A court hearing is scheduled on the request for restraining orders against the person in (2):

Hearing Date → Date: 1/2/26   Time: 9:00 AM
Dept.: 61   Room:

Name and address of court if different from above:
**For more hearing information please visit www.sdcourt.ca.gov**

To the person in (2):

- If you attend the hearing (in person, by phone, or by videoconference) and the judge grants a restraining order against you, the order will be effective immediately, and you could be arrested if you violate the order.

- If you do not attend the hearing, the judge may still grant the restraining order that could last up to five years. After you receive a copy of the order, you could be arrested if you violate the order.

## (4) Temporary Restraining Orders *(Any orders granted are on form CH-110, served with this notice.)*

a.  Temporary Restraining Orders for personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are *(check only one box below):*

    (1) ☐ All **GRANTED** until the court hearing.

    (2) ☒ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

    (3) ☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Code of Civil Procedure, § 527.6
Approved by DOJ

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

CH-109, Page 1 of 3

→

Case Number: 25HR065759C

b. Reasons for denial of some or all of those personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are:

(1) ☒ The facts as stated in form CH-100 do not sufficiently show acts of violence, threats of violence, or a course of conduct that seriously alarmed, annoyed, or harassed the person in ① and caused substantial emotional distress.

(2) ☐ Other *(specify):* ☐ As stated on Attachment 4b.

_____
_____
_____
_____
_____
_____
_____
_____

## ⑤ Confidential Information Regarding Minor

a. ☐ A request to keep minor's information confidential was made (see form CH-160) and **GRANTED.** (*See form CH-165,* Order on Request to Keep Minor's Information Confidential, *served with this form.*)

b. **If the request was granted, the information described in item ⑦ on the order (form CH-165) must be kept CONFIDENTIAL. The disclosure or misuse of the information is punishable as a sanction, with a fine of up to $1,000 or other court penalities.**

## ⑥ Service of Documents for the Person in ①

**At least** ☒ **five** ☐ _____ **days before the hearing** , someone age 18 or older—**not you or anyone to be protected**—must personally give (serve) a court's file-stamped copy of this form CH-109 to the person in ② along with a copy of all the forms indicated below:

a. CH-100, *Request for Civil Harassment Restraining Orders* (file-stamped)

b. ☐ CH-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c. CH-120, *Response to Request for Civil Harassment Restraining Orders* (blank form)

d. CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*

e. ☐ CH-170, *Notice of Order Protecting Information of Minor* and CH-165, *Order on Request to Keep Minor's Information Confidential* (file-stamped) **IF GRANTED**

f. ☐ Other *(specify):* _____

Date: 12/10/25

BLAIR A. SOPER
*Judicial Officer*

| Case Number: |
|---|
| 25HR065759C |

## To the Person in ❶ :

- The court cannot make the restraining orders after the court hearing unless the person in ❷ has been personally given (served) a copy of your request and any temporary orders. To show that the person in ❷ has been served, the person who served the forms must fill out a proof of service form. Form CH-200, *Proof of Personal Service*, may be used.

- For information about service, read form CH-200-INFO, *What Is "Proof of Personal Service"?*

- You may ask to reschedule the hearing if you are unable to find the person in ❷ and need more time to serve the documents, or for other good reasons. Read form CH-115-INFO, *How to Ask for a New Hearing Date.*

- You must attend the hearing if you want the judge to make any of the orders you requested on form CH-100, *Request for Civil Harassment Restraining Orders*. Bring any evidence or witnesses you have. For more information, read form CH-100-INFO, *Can a Civil Harassment Restraining Order Help Me?*

## To the Person in ❷ :

- If you want to respond to the request for orders in writing, file form CH-120, *Response to Request for Civil Harassment Restraining Orders,* and have someone age 18 or older—**not you or anyone to be protected**—mail it to the person in ❶.

- The person who mailed the form must fill out a proof of service form. Form CH-250, *Proof of Service by Mail,* may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.

- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.

- You may bring witnesses and other evidence.

- At the hearing, the judge may make restraining orders against you that could last up to five years and may order you to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts that you own or possess. This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531). If an order is granted, you will also be prohibited from owning, possessing, or buying body armor and will have to relinquish any body armor you have.

- If you are unable to attend your court hearing or need more time to prepare your case, you may ask to reschedule your court date. Read form CH-115-INFO, *How to Ask for a New Hearing Date.*



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to www.courts.ca.gov/forms for *Disability Accommodation Request* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

Date: DEC 10 2025

Clerk, by _C. Doses_____, Deputy

Rev. January 1, 2025

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

CH-109, Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |
|---|---|---|---|

## CH-100 — Request for Civil Harassment Restraining Orders

Read *Can a Civil Harassment Restraining Order Help Me?* (form CH-100-INFO before completing this form. Also fill out *Confidential CLETS Information* (form CLETS-001 with as much information as you know.

*Clerk stamps date here when form is filed.*

**F I L E D**
Clerk of the Superior Court
DEC 1 0 2025
By: M. Schwenke, Deputy

### ① Person Seeking Protection

a. Your Full Name: MICHAEL REEVES      Age: 56

Your Lawyer *(if you have one for this case)*
Name: N/A      State Bar No.:
Firm Name:

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: 2301 ERIE STREET
City: SAN DIEGO      State: CA  Zip: 92110
Telephone: ⊘⊘⊘⊘⊘⊘      Fax:
Email Address: ⊘⊘⊘⊘⊘⊘⊘⊘⊘⊘@GMAIL.COM

*Fill in court name and street address:*
**Superior Court of California, County of**

**Superior Court**
**330 West Broadway**
**San Diego, CA 92101**

*Court fills in case number when form is filed.*
**Case Number:**
25HR065759C

### ② Person From Whom Protection Is Sought

Full Name: JOHN DOE 2 ~~BMW LICENSE PLATE 9NGRP45~~      Age: 40
Address *(if known):* 4437 LISTER STREET
City: SAN DIEGO      State: CA  Zip: 92110

### ③ Additional Protected Persons

a. Are you asking for protection for any other family or household members? ☐ Yes ☐ No   *If yes, list them:*

| Full Name | Gender | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| | M | | ☐ Yes ☒ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.*

b. Why do these people need protection? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*

see attached

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 1 of 6

Case Number: 25HR065759C

**4  Relationship of Parties**

How do you know the person in ② ? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

see attached    No relationship/unknown person(s), see attached for additional informational

**5  Venue**

Why are you filing in this county? *(Check all that apply):*

a. ☒ The person in ② lives in this county.

b. ☒ I was harassed by the person in ② in this county.

c. ☐ Other *(specify):* _____

**6  Other Court Cases**

a. Have you or any of the persons named in ③ been involved in another court case with the person in ② ?

    ☐ Yes  ☒ No   *(If yes, check each kind of case and indicate where and when each was filed.)*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☐ | Civil Harassment | | | |
| (2) ☐ | Domestic Violence | | | |
| (3) ☐ | Divorce, Nullity, Legal Separation | | | |
| (4) ☐ | Paternity, Parentage, Child Custody | | | |
| (5) ☐ | Elder or Dependent Adult Abuse | | | |
| (6) ☐ | Eviction | | | |
| (7) ☐ | Guardianship | | | |
| (8) ☐ | Workplace Violence | | | |
| (9) ☐ | Small Claims | | | |
| (10) ☐ | Criminal | | | |
| (11) ☐ | Other *(specify):* | | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ② ?  ☒ No   ☐ Yes *(If yes, attach a copy if you have one.)*

**7  Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.

    (1) When did it happen? *(provide date or estimated date):*  November 15, 2025 to present

    (2) Who else was there?  Other participants

_____

_____

_____

**This is not a Court Order.**

| Case Number: |
| --- |
| 25HR065759C |

(7) a. (3) How did the person in (2) harass you? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

John Doe 1 (resident of 2251 Erie Street, drives a BMW, license plate 9NUR143) has harassed me on nine separate occasions by stepping outside immediately when I exit my home or driving up to my residence. He has repeatedly activated his car alarm using the keyless entry system in a manner intended to create loud, disruptive noises and intimidate me. These actions are excessive, intentional, and part of a pattern of harassment. Additional details and documentation of these incidents are included in the attached declaration (MC-031).

(4) Did the person in (2) use or threaten to use a gun or any other weapon?

☐ Yes ☒ No *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

_____
_____
_____

(5) Were you harmed or injured because of the harassment?

☒ Yes ☐ No *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

Yes. I have suffered emotional and psychological injury due to the ongoing harassment. The repeated incidents have caused fear, anxiety, stress, loss of sleep, and constant concern for my personal safety. I have also changed my daily routines, altered how and when I leave my home, and feel unsafe in my own residence.

(6) Did the police come? ☐ Yes ☒ No

If yes, did they give you or the person in (2) an Emergency Protective Order? ☐ Yes ☐ No

If yes, the order protects *(check all that apply):*

☐ Me ☐ The person in (2) ☐ The persons in (3).

*(Attach a copy of the order if you have one.)* Police Report T25028075    OMB-23782-OMB: Formal ADA Grievance

b. Has the person in (2) harassed you at other times?

☒ Yes ☐ No *(If yes, describe prior incidents and provide dates of harassment below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

see attachment
_____
_____
_____

**This is not a Court Order.**

Case Number: 25HR065759C

**Check the orders you want.** ☑

**(8)** ☐ **Personal Conduct Orders**

I ask the court to order the person in ② **not** to do any of the following things to me or to any person to be protected listed in ③ :

a. ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☐ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means. I am requesting a court order requiring John Doe to refrain from exiting his residence or engaging in any behavior that harasses, stalks, intimidates, or interferes with my use and enjoyment of my home

c. ☒ Other *(specify):* whenever I leave or enter my residence.
  ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*
      see attched for more information

_____

_____

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**(9)** ☒ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least ___10___ yards away from *(check all that apply):*

(1) ☐ Me.

(2) ☐ The other persons listed in ③.

(3) ☐ My home.

(4) ☐ My job or workplace.

(5) ☐ My school.

(6) ☐ My children's school.

(7) ☐ My children's place of child care.

(8) ☐ My vehicle.

(9) ☒ Other *(specify):* I request that she stay at least 10 yards (30 feet) away from me, my residence entrances, my door area, and any place where I live or walk to access my home, except inside her own residence.

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?    ☒ Yes  ☐ No  *(If no, explain below):*
  ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

_____

**(10)** **Firearms (Guns), Firearm Parts, and Ammunition**

Does the person in ② own or possess any firearms (guns), firearm parts, or ammunition? This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531).   ☐ Yes  ☐ No   ☒ I don't know

*If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive firearms (guns), firearm parts, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts within their immediate possession or control. If an order is granted, the person in ② will also be prohibited from owning, possessing, or buying body armor and would have to relinquish any they have.*

**This is not a Court Order.**

| Case Number: |
| --- |
| 25HR065759C |

## (11) ☒ Temporary Restraining Order

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order*, for the court's signature together with this *Request*.

Has the person in ② been told that you were going to go to court to seek a TRO against him or her?

☐ Yes    ☒ No    *(If you answered no, explain why below)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

No. I have not told them because doing so would likely escalate the harassment and put me at greater risk. Their behavior has already been aggressive and unpredictable, and notifying them in advance could increase the danger to me."

## (12) ☒ Request to Give Less Than Five Days' Notice of Hearing

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains* What Is "Proof of Personal Service"? *Form CH-200,* Proof of Personal Service, *may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

I am requesting service by the Sheriff because I do not feel safe having anyone personally serve the respondent, and there is a credible risk of conflict or harm if I attempt service myself.

## (13) ☒ No Fee for Filing or Service

a. ☐ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☒ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file form FW-001, Application for Waiver of Court Fees and Costs.)*

## (14) ☒ Lawyer's Fees and Costs

I ask the court to order payment of my    ☐ lawyer's fees    ☐ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
| --- | --- | --- | --- |

"I request that the court order the respondent(s) to pay my attorney's fees and costs under Code of Civil Procedure § 527.6." "$5,000 (estimated future attorney's fees). I plan to retain an attorney upon issuance of the Temporary Restraining Order and request that reasonable future fees be awarded."

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

| Case Number: |
|---|
| 25HR065759C |

**(15) ☐ Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.
*(Identify animals by, e.g., type, breed, name, color, sex.)*
   n/a

I request sole possession of the animals because *(specify good cause for granting order):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*
   n/a

b. ☐ That the person in (2) must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**(16) ☐ Additional Orders Requested**

I ask the court to make the following additional orders *(specify):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.*

(a) No Contact / Stay Away- The respondent(s) must stay at least 10 yards (30 feet) away from me, my home entrances, my walkway, driveway, and any place I live or walk to access my home, except inside their own residence. (b) Prohibit Harassment / Stalking The respondent(s) must not engage in any form of harassment, stalking, intimidation, or threatening behavior, including: Coming outside whenever I exit my home/Following or watching me/Circling the property Making loud noises, flashing lights, or setting off alarms to annoy or scare me Attorney's Fees and Costs - The respondent(s) must pay my attorney's fees and costs, estimated at $5,000, pursuant to CCP § 527.6, as their harassment has forced me to seek legal protection. Electronic Harassment / Surveillance The respondent(s) must cease any use of apps, devices, or other technology to monitor, track, or alert others to my presence.

**(17)** Number of pages attached to this form, if any: ~~9~~ 5

Date: _____ December 9, 2025 _____

_____     ▶ _____
*Lawyer's name (if any)*                  *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: _____ December 9, 2025 _____

Michael Reeves                            ▶ *[signature]*
_____              _____
*Type or print your name*                  *Sign your name*

**This is not a Court Order.**

25HR065759C

# CH-100: Description of Harassment and When It Happened

Since moving into my residence, I have experienced a total of 37 separate incidents of harassment from multiple individuals who appear to be coordinating their actions. Their conduct has caused me fear, intimidation, and significant emotional distress.

1. Harassment by the Three Men on Lister Street – 17 Incidents
These three individuals are middle-aged white males who repeatedly engaged in threatening and intimidating behavior directed at me outside my home. Their conduct included slow drive-bys, circling the block, stopping in front of my residence, staring at me, and monitoring my movements.

Vehicles involved:
Ford – Plate 8NCX653
BMW – Plate 9NUR143
Volkswagen – Plate CTB1058

These behaviors occurred on at least 17 separate occasions, including on November 15, 2025, the date I moved in.

On that day alone, they passed or stopped in front of my home multiple times, creating a threatening environment from the moment I arrived.

2. Harassment by Female on 2251 Erie Street – (Total incidents minus 17 and 7)

(The remaining incidents—13 total—were committed by the female.)

This female engaged in 13 incidents of harassment, including repeatedly approaching my residence, hiding behind the tree in her yard and watching, making loud loud as I step into my place or exit, or following me, making me feel monitored, and appearing near my windows or driveway without any legitimate reason. This pattern was persistent and targeted

3. Harassment by Her Husband – 7 Incidents Her husband was involved in 7 additional incidents, including confrontational behavior, intimidating presence, and repeated monitoring of my movements near my home.

# CH-100: Description of Harassment and When It Happened

25HR065759C

**SUPERIOR COURT OF CALIFORNIA – COUNTY OF SAN DIEGO**

**Petitioner:** Michael Reeves
**Address:** 2301 Erie Street, San Diego, CA 92110
**Phone:** 2̶0̶2̶-8̶0̶4̶-̶̶
**Email:** marymary10023@gmail.com

MICHAEL REEVES
V
JOHN DOE 2

**Respondents:**

1. **Doe    and Doe 2** – Married couple residing at 2251 Erie Street, San Diego, CA 92110
   a. Description: Doe 1 – White male, approx. 70-75    5'9 short brown hair
   b. Description: Doe    – White female, approx.   60-65 5'6, blonde hair
2. **Doe 2, Doe 3, and Doe 4** – Adult males residing at 4437 Lister Street, San Diego, CA 92110
   a. Description: Adult white males, approx. 30–50

**Case Type:** Civil Harassment Restraining Order

# CH-100: Request for Civil Harassment Restraining Orders

**1. Type of Harassment (Check all that apply):**
☑ Harassment

**2. Relief Requested:**

- Restraining order prohibiting respondents from:
    - Approaching, contacting, or communicating with me
    - Stalking or following me
    - Using vehicles, alarms, lights, or other methods to harass me
- Temporary Restraining Order (TRO) until the hearing
- Any additional relief deemed appropriate by the court

**3. Dates of Harassment:** November 20, 2025 – Present

**4. Locations of Harassment:** 2301 Erie Street, San Diego, CA 92110 and surrounding area

**5. Fee Waiver Request:**

25HR065759C

- Petitioner requests **waiver of filing and service fees** due to disability and recent transition from homelessness.

# Attachment A – Declaration of Michael Reeves (CH-100A Equivalent)

I, Michael Reeves, declare:

## A. Harassment by Residents at 2251 Erie Street (Doe & Doe 1)

1. Since moving to 2301 Erie Street in late November 2025, Doe and Doe1 have engaged in repeated harassment.
2. This includes:
   a. Coming outside within seconds whenever I exit my home
   b. Using thrash bin positioned directly in front my door to create noises
   c. Flickering porch lights
   d. Walking up to the plaintiff and greeting him in an intimidating manner
   e. Honking vehicle horns multiple times in response to my movements
   f. Setting off car alarms or alarm chirps intentionally
   g. Driving slowly past my home immediately after I exit
   h. Flashing headlights or outdoor lights in coordination with my movements
3. These actions occurred at least 17 times in two weeks and are part of **37 total neighborhood harassment incidents**.
4. The harassment causes fear, anxiety, and severe emotional distress.

## B. Harassment by Residents at 4437 Lister Street (Doe 2,3,4 )

1. Respondents flash lights, set off alarms, and come outside immediately when I step out.
2. They drive past my home repeatedly and appear to coordinate with other neighbors.
3. These actions are ongoing, intentional, and create intimidation and fear for my safety.

## C. Drone Activity

25HR065759C

1. At least six low-altitude drones have flown above my residence (2301 Erie Street) since I moved in.
2. Drone activity is repeated and may be linked to harassment.
3. This raises safety and privacy concerns and contributes to fear and anxiety.

## D. Background & Context

1. I am a disabled individual, recently transitioned from homelessness via County of San Diego housing programs.
2. The harassment threatens my physical and mental health, and risks undermining public resources invested in my housing stability.
3. I do not make any accusations against the City, County, or law enforcement agencies; this declaration reports ongoing harassment facts.
4. This harassment began after **immigration authorities assaulted me and broke my shoulder**, leading to **two surgeries and permanent disability**, and after I **filed multiple federal lawsuits and went public** regarding my situation.

## E. Evidence Attachments

1. SDPD police report documenting incidents
2. Detailed harassment log (dates, times, actions)
3. Photos/videos of harassment and drone activity
4. Map of my home and respondents' residences
5. Copies of subpoenas or related documents showing coordination, if relevant

## F. Temporary Restraining Order Request

I request the court immediately issue a **TRO**:

- Prohibiting respondents from approaching my residence, vehicle, or person
- Prohibiting any use of alarms, lights, vehicles, or apps to harass me

- Remaining in effect until the full CHRO hearing                    25HR065759C

## G. Fee Waiver Declaration

I declare under penalty of perjury:

"I, Michael Reeves, declare that I am unable to pay court fees associated with this CHRO filing without substantial hardship due to my disability and recent transition from homelessness."

Date: December 8, 2025
Signature:
Michael Reeves, Petitioner

MC-031

| PLAINTIFF/PETITIONER: MICHAEL REEVES | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: JOHN DOE 2 | 25HR065759C |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

I, Michael Reeves, declare as follows:

1. I am the petitioner in this matter and make this declaration based on my personal knowledge.

2. John Doe 2 and John Doe 3, residents of 4437 Lister Street, San Diego, CA, have engaged in repeated harassment toward me since I moved into my residence at 2301 Erie Street, San Diego, CA.

3. Their harassing conduct includes either immediately exiting their residence or driving up to my home whenever I leave my property. Upon doing so, they make loud, disturbing noises by hitting objects or repeatedly activating their vehicle alarms using keyless entry devices in a manner intended to intimidate and annoy me.

4. These actions have occurred multiple times daily and create a pattern of harassment, stalking, and intimidation.

5. This conduct has caused me emotional distress, anxiety, and fear for my safety, interfering with my use and enjoyment of my home.

6. I have documented these incidents and attached additional details in Attachment A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 9, 2025

MICHAEL REEVES
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN DIEGO

# CIVIL HARASSMENT
# RESPONDENT PACKET



| FORMS INCLUDED IN THIS PACKET | |
|---|---|
| How Can I Respond to a Request for Civil Harassment Restraining Orders? | Judicial Council Form #CH-120-INFO |
| Response to Request for Civil Harassment Restraining Orders | Judicial Council Form #CH-120 |
| How to Ask for a New Hearing Date | Judicial Council Form #CH-115-INFO |
| Instructions for Requesting to Continue Hearing on Restraining Order | SDSC Form #CIV-385 |
| Proof of Service of Response by Mail | Judicial Council Form #CH-250 |
| How to Turn in Firearms, Firearms Parts, and Ammunition | SDSC Form #ADM-438 |
| How Do I Turn In, Sell, or Store my Firearms and Firearm Parts? | Judicial Council Form #CH-800-INFO |
| Receipt for Firearms and Firearm Parts | Judicial Council Form #CH-800 |

## CH-120-INFO · How Can I Respond to a Request for Civil Harassment Restraining Orders?

### What is a civil harassment restraining order?

It is a court order that prohibits you from doing certain things and going to certain places.

### What does the order do?

The court can order you to:

- Not contact the person who asked for the order
- Stay away from that person and the person's home and workplace
- Not have any firearms (guns), firearm parts, ammunition, or body armor as long as the order is in effect. This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531).

  For more information about the items you would not be allowed to have, please see selfhelp.courts.ca.gov/restraining-orders/prohibited-items.

### Who can ask for a civil harassment restraining order?

A person who is worried about safety because he or she has been or is being:

- Stalked
- Harassed
- Assaulted, including sexually, *or*
- Threatened with violence

### I've been served with a request for civil harassment restraining orders. What do I do now?

Read the papers served on you very carefully. The *Notice of Court Hearing* tells you when to appear in court. There may also be a *Temporary Restraining Order* forbidding you from doing certain things. You must obey the order until the hearing.

### What if I don't agree with what the order says?

You still must obey the order until the hearing. If you disagree with the orders the person is asking for, fill out form CH-120, *Response to Request for Civil Harassment Restraining Orders*, before your hearing date and file it with the court. If you need to include attachments, you can use form MC-025. You can get the forms from legal publishers or from the California Courts website at www.courts.ca.gov/forms. Forms may also be at your local courthouse or county law library.

### What if I don't obey the order?

The police can arrest you. You can go to jail and pay a fine.

### Do I have to serve the other person with a copy of my response?

Yes. Have someone age 18 or older—**not you**—mail a copy of completed form CH-120 to the person who asked for the order (or that person's lawyer). (This is called "service by mail.")

The person who serves the form by mail must fill out form CH-250, *Proof of Service by Mail*. Have the person who did the mailing sign the original. Take the completed form back to the court clerk or bring it with you to the hearing.

### Should I go to the court hearing?

Yes. You should go to court on the date listed on form CH-109, *Notice of Court Hearing*. If you do not go to the hearing, the judge can make orders against you without hearing from you.



Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Optional Form
Code of Civil Procedure, § 527.6

**How Can I Respond to a Request for Civil Harassment Restraining Orders?**
(Civil Harassment Prevention)

CH-120-INFO, Page 1 of 2

## CH-120 | Response to Request for Civil Harassment Restraining Orders

*Clerk stamps date here when form is filed.*

### Use this form to respond to the *Request* (form CH-100)

- Read *How Can I Respond to a Request for Civil Harassment Restraining Orders?* (form CH-120-INFO) to protect your rights.
- Fill out this form and take it to the court clerk.
- Have someone age 18 or older—**not you**—serve the person in ① or his or her lawyer by mail with a copy of this form and any attached pages. *(Use form CH-250, Proof of Service by Mail.)*

**① Person Seeking Protection**

Full name of person seeking protection *(see form CH-100, item* ①*)*:

_____

**② Person From Whom Protection Is Sought**

a. Your Name: _____

Your Lawyer *(if you have one for this case)*
Name: _____ State Bar No.: _____
Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: _____

City: _____ State: ____ Zip: _____

Telephone: _____ Fax: _____

Email Address: _____

*Fill in court name and street address:*

**Superior Court of California, County of San Diego**
☐ CENTRAL DIVISION, HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

*Court fills in case number when form is filed.*

**Case Number:**

Present your response and any opposition at the hearing. Write your hearing date, time, and place from form CH-109 item ③ here:

**Hearing Date** ➡ Date: _____ Time: _____
Dept.: _____ Room: _____

**If you were served with a Temporary Restraining Order, you must obey it until the hearing.** At the hearing, the court may make orders against you that last for up to five years.

**③ ☐ Personal Conduct Orders**

a. ☐ I agree to the orders requested.

b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item* ⑫ *on page 4.)*

c. ☐ I agree to the following orders *(Specify below or in item* ⑫ *on page 4.)*

_____
_____

**④ ☐ Stay-Away Orders**

a. ☐ I agree to the orders requested.

b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item* ⑫ *on page 4.)*

c. ☐ I agree to the following orders *(specify below or in item* ⑫ *on page 4):*

_____
_____

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Response to Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-120, Page 1 of 5


| Case Number: |
|---|
| |

## ⑧ ☐ Possession and Protection of Animals

a. ☐ I agree to the orders requested.

b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item* ⑫ *on page 4.)*

c. ☐ I agree to the following orders *(specify below or in item* ⑫ *on page 4):*

_____

_____

_____

## ⑨ ☐ Other Orders

a. ☐ I agree to the orders requested.

b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item* ⑫ *on page 4.)*

c. ☐ I agree to the following orders *(specify below or in item* ⑫ *on page 4):*

_____

_____

_____

_____

## ⑩ ☐ Denial

I did not do anything described in item ⑦ of form CH-100. *(Skip to* ⑫ *.)*

## ⑪ ☐ Justification or Excuse

If I did some or all of the things that the person in ① has accused me of, my actions were justified or excused for the following reasons *(explain):*

☐ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "Attachment 11—Justification or Excuse" as a title. You may use form MC-025, Attachment.*

_____

_____

_____

_____

_____

_____

_____

_____

**Response to Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**



Case Number: [blank]

**(14)** ☐ **Lawyer's Fees and Costs**

a. ☐ I ask the court to order payment of my ☐ Lawyer's fees ☐ Court costs.
The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper and write "Attachment 14—Lawyer's Fees and Costs" for a title. You may use form MC-025, Attachment.*

b. ☐ I ask the court to deny the request of the person asking for protection that I pay his or her lawyer's fees and costs.

**(15)** Number of pages attached to this form, if any: _____

Date: _____

_____          ▶ _____
*Lawyer's name (if any)*                    *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: _____

_____          ▶ _____
*Type or print your name*                    *Sign your name*

**Response to Request for Civil Harassment
Restraining Orders
(Civil Harassment Prevention)**

## CH-115-INFO  How to Ask for a New Hearing Date

**( 1 ) You may need to ask for a new court date if:**

- You are the person asking for protection and are unable to have *Notice of Court Hearing* (form CH-109), and other papers served in time before the court date.

- You are the person to be restrained and making your first request to reschedule your court date.

- You have a good reason for needing a new court date. (The court may grant your request to reschedule your court date on a showing of good cause.)

**( 2 ) What does form CH-115 do?**

Use *Request to Continue Hearing* (form CH-115) to ask the court to reschedule your court date. If your court date is rescheduled and a *Temporary Restraining Order* (TRO; form CH-110) was granted, the TRO will be extended until the end of your new court date unless the court decides to modify or terminate it. "Extend" means to keep any temporary orders in effect until the new court date.

**( 3 ) Follow these steps:**

- Fill out all of form CH-115.

- Fill out items ( 1 ) and ( 2 ) on *Order on Request to Continue Hearing* (form CH-116).

- The judge will need to review your papers. In some courts, you must give your papers to the clerk. Ask the court clerk for information on how you ask the judge to review your papers.

- After you turn in your forms as required by your local court, check with the clerk's office to see if the judge approved (granted) your request to reschedule your court date.

- If the judge signed form CH-116, you will have a new court date. If the judge did NOT sign the form, you should go to court at the date, time, and location on form CH-109.

- Next, file both forms CH-115 and CH-116 with the clerk. The clerk will make up to three file-stamped copies for you. Keep at least one copy to bring to your court date.

- The other party must be served a copy of the court papers as described in item ( 6 ) on form CH-116.

- Ask the person who serves the papers to complete a proof of service form and give it to you. If service was in person, use *Proof of Personal Service* (form CH-200). If service was by mail, use *Proof of Service—Civil* (form POS-040). Make two copies of the completed forms.

- File the completed and signed proof of service form with the clerk's office before your court date.

- If the court reschedules your court date and extends the TRO to the new court date, the clerk will send the TRO to law enforcement. It will be entered into a statewide computer system that lets police know about the order so that it can be enforced.

**( 4 ) Go to your court date**

- Take at least two copies of your documents and filed forms to your court date. Include a filed proof of service form. "Documents" may include exhibits, declarations, and financial statements, and the court may enter them into evidence at its discretion.

- If you are the person seeking protection and you do not go to the court date, your TRO will expire at the end of your court date.

- If you are the person to be restrained and you do not go to your court date, the court can still make orders against you that can last for up to five years.

**( 5 ) Need help?**

Ask the court clerk about free or low-cost legal help that may be available in your county.

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2020, Optional Form
Code of Civil Procedure, § 527.6(p)

**How to Ask for a New Hearing Date**
**(Civil Harassment Prevention)**

CH-115-INFO, Page 1 of 1



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## INSTRUCTIONS FOR REQUESTING TO CONTINUE HEARING ON RESTRAINING ORDER

Protected or restrained persons may request to continue the hearing on restraining order by following the process for the location where the hearing is scheduled as indicated below.

The following forms are required:

### Civil Harassment
- Request to Continue Hearing (JC Form #CH-115)
- Order on Request to Continue Hearing (JC Form #CH-116)

### Elder or Dependent Adult Abuse
- Request to Continue Hearing (JC Form #EA-115)
- Order on Request to Continue Hearing (JC Form #EA-116)

### Gun Violence
- Request to Continue Court Hearing for Gun Violence Restraining Order (JC Form #GV-115)
- Order on Request to Continue Hearing (JC Form #GV-116)

### Private Postsecondary School Violence
- Request to Continue Hearing (JC Form #SV-115)
- Order on Request to Continue Hearing (JC Form #SV-116)

### Workplace Violence
- Request to Continue Hearing (JC Form #WV-115)
- Order on Request to Continue Hearing (JC Form #WV-116)

Parties may request to continue the hearing by either appearing on the day of the hearing or appearing ex parte prior to the scheduled hearing date.

### Instructions for Appearing Ex Parte

#### Central Division
An ex parte hearing may be scheduled by calling (619) 450-7275 and requesting to be transferred to Department 61. Notice of the ex parte hearing must be provided by a third party to the opposing party/attorney no later than 10:00 a.m. the court day prior to the ex parte appearance.

In addition to the required forms listed above, the requesting party must also complete and submit an Ex Parte Application (SDSC Form #ADM-252) to the courtroom clerk upon checking-in.

#### East County Division
An ex parte hearing may be heard on a walk-in basis. The required forms listed above must be submitted in the Business Office prior to 3:00 p.m.

#### North County Division
An ex parte hearing may be heard on a walk-in basis. The required forms listed above must be submitted in the Business Office prior to 3:00 p.m.

#### South County Division
An ex parte hearing may be scheduled at the counter in the Business Office or by calling (619) 746-6200 the day before the requested hearing date. Notice of the ex parte hearing must be provided by a third party to the opposing party/attorney no later than 10:00 a.m. the court day prior to the ex parte appearance.

In addition to the required forms listed above, the requesting party must also complete and submit an Ex Parte Application (SDSC Form #ADM-252) and a declaration of notice and drop them off in the Ex Parte Box no later than 12:00 p.m. the day before the scheduled ex parte hearing.

**CH-250**    **Proof of Service by Mail**

*Clerk stamps date here when form is filed.*

(1) **Name of Person Asking for Protection:**

_____

(2) **Name of Person to Be Restrained:**

_____

(3) **Notice to Server**
The server must:
- Be 18 years of age or over.
- Not be listed in items (1), (2), or (3) of form CH-100, *Request for Civil Harassment Restraining Orders.*
- Mail a copy of all documents checked in (4) to the person in (5).

*Fill in court name and street address:*

**Superior Court of California, County of San Diego**
- ☐ CENTRAL DIVISION, HALL OF JUSTICE
  330 W. BROADWAY, SAN DIEGO, CA 92101
- ☐ EAST COUNTY DIVISION,
  250 E. MAIN ST., EL CAJON, CA 92020
- ☐ NORTH COUNTY DIVISION,
  325 S. MELROSE DR., VISTA, CA 92081
- ☐ SOUTH COUNTY DIVISION,
  500 3RD AVE., CHULA VISTA, CA 91910

*Fill in case number:*

**Case Number:**

(4) **I (the server) am 18 years of age or over and live in or am employed in the county where the mailing took place. I mailed a copy of all documents checked below to the person in (5):**

a. ☐ CH-120, *Response to Request for Civil Harassment Restraining Orders*

b. ☐ CH-130, *Civil Harassment Restraining Order After Hearing*

c. ☐ Other *(specify):* _____

_____

_____

_____

(5) I placed copies of the documents checked above in a sealed envelope and mailed them as described below:

a. Name of person served: _____

b. To this address: _____

   City: _____ State: _____ Zip: _____

c. Mailed on *(date):* _____

d. Mailed from *(city):* _____ *(state):* _____

(6) **Server's Information**

Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Telephone: _____

If you are a registered process server:

County of registration: _____ Registration number: _____

(7) I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____    ▶ _____
*Type or print server's name*              *Server to sign here*

Judicial Council of California, www.courts.ca.gov
Rev. September 1, 2022, Optional Form
Code of Civil Procedure, § 527.6

**Proof of Service by Mail  (CLETS)**
**(Civil Harassment Prevention)**

**CH-250,** Page 1 of 1



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## HOW TO TURN IN FIREARMS, FIREARM PARTS, AND AMMUNITION

If the court issues a restraining or protective order against you, you are prohibited from owning, possessing, or buying firearms, firearm parts, and ammunition ("Prohibited Items"). **You must act quickly**. Upon request from law enforcement, you must immediately surrender your Prohibited Items. Otherwise, you have **24 hours** from the time you received the court's order to turn in ("relinquish") your Prohibited Items and **48 hours** from the time you received the court's order to file proof with the court. Do not bring your Prohibited Items to the courthouse.

## Options for Relinquishing Prohibited Items

### Option 1: Sell them to, or store them with, a federally licensed gun dealer
You can find a gun dealer in your area by searching online. Make sure the dealer you choose is federally licensed.

### Option 2: Turn them in to a local law enforcement agency
Call the San Diego County Sheriff's Office or the police department where you live. Tell them a restraining or protective order was issued against you and you need to turn in your Prohibited Items. Listen to and follow carefully the instructions given to you by law enforcement. They may ask you for: (1) a description of you and your car, (2) your ID, and (3) a copy of the court order requiring relinquishment. They may share with you the following general safety instructions:

- Your firearm(s) must be unloaded.
- Place the Prohibited Items in the trunk of your car and lock your trunk. If you do not have a trunk, lock your firearm in a container and put it in the back of your vehicle out of arm's reach. Do not put it in your glove compartment. (Pen. Code, § 16850)
- Drive straight to the law enforcement agency. Do not stop anywhere else.
- Call the agency when you get there. They will tell you what to do. If you do not have a cell phone, leave the firearm inside of your car and go inside of the agency office and ask for instructions.

*Do not call 911. Use the local law enforcement non-emergency numbers below:*

| | |
|---|---|
| Carlsbad Police Dept. | (442) 339-2197 |
| Chula Vista Police Dept. | (619) 691-5151 |
| Coronado Police Dept. | (619) 522-7350 |
| El Cajon Police Dept. | (619) 579-3311 |
| Escondido Police Dept. | (760) 839-4722, or |
| | (760) 839-4740, #2 |
| La Mesa Police Dept. | (619) 667-1400 |
| National City Police Dept. | (619) 336-4411 |
| Oceanside Police Dept. | (760) 435-4900 |
| San Diego Police Dept. | (619) 531-2000, or |
| | (858) 484-3154 |
| San Diego Sheriff's Office | (858) 868-3200 |

## How to File Proof with the Court
You have 48 hours from the time you received the restraining order to file proof of relinquishment with the court. You can use JC Form #CH/DV/EA/GV/SV/WV-800 for this purpose. Bring it with you to the gun dealer or law enforcement agency and ask them to complete the relevant portions. Or obtain a receipt from the agency or dealer.

Bring the original and one copy of JC Form #CH/DV/EA/GV/SV/WV-800 or your receipt to the courthouse where the order was issued. The clerk will file the original, stamp your copy, and return the stamped copy to you for your records.

## Questions?

JC Form #CH/DV/EA/GV/SV/WV-800-INFO provides answers to frequently asked questions about firearm relinquishment.

## CH-800-INFO   How Do I Turn In, Sell, or Store My Firearms and Firearm Parts?

### What items do I need to turn in, sell, or store?

You must turn in, sell, or store all of the following prohibited items that you have or control:

- Firearms, including any handgun, rifle, shotgun, and assault weapon;
- Firearm parts, meaning receivers, frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531). These may also be called "ghost guns."

You also may not have or possess ammunition.

### How do I properly turn in, sell, or store the prohibited items?

You must take them to:

- Law enforcement, who will accept all prohibited items and may store them or destroy them;

OR

- A licensed gun dealer, who can buy or store firearms. If you have firearm parts, call ahead for more information.

### When do I have to turn in, sell, or store the prohibited items?

Immediately, if law enforcement asks you for the items. Otherwise, within 24 hours.

### Who can I turn in, sell, or store the prohibited items with?

Only law enforcement or a licensed gun dealer. You cannot give your prohibited items to a family member, friend, or anyone else.

### Where can I sell the prohibited items?

At a licensed gun dealer in your area. You can search the internet for "Gun Dealers" or "Firearms Dealers" to find one. Make sure the dealer is licensed.

### Do I have to pay a fee to store prohibited items?

You may have to pay a fee. Contact your local law enforcement agency or a licensed gun dealer about fees and whether they have space to store your items.

### How do I turn in the prohibited items to law enforcement?

Call your local law enforcement agency to ask about their procedures. Unload your firearms and take a copy of the court order with you.
**Do not** bring firearms to court.

### If I turn in the prohibited items to law enforcement, how long will they keep them?

It depends. There are procedures for getting your firearms back after the restraining order has expired. Ask the law enforcement agency for more information.

### After I turn in the prohibited items to law enforcement, can I change my mind?

Yes. You are allowed to sell firearms to a licensed gun dealer. To do so, the gun dealer must present a bill of sale to your local law enforcement agency. The law enforcement agency will give the licensed gun dealer the items that you are selling.

### Do I have to prove that I have turned in, sold, or stored the prohibited items?

Yes. Within 48 hours you must file a receipt with the court showing that you have surrendered the prohibited items to a law enforcement agency or sold them to or stored them with a licensed gun dealer. You may use *Receipt for Firearms and Firearm Parts* (form CH-800) for this purpose.

### Additional Questions?

Contact an attorney for legal advice. Call your local law enforcement agency, for example, your city police or county sheriff for their procedures.

### Information about prohibited items and how to obey these orders is also available online.

See *https://selfhelp.courts.ca.gov/respond-to-CH-restraining-order/obey-firearms-orders.*

### For help in your area, contact:

*[Local information may be inserted.]*

Judicial Council of California, *www.courts.ca.gov*
Rev. January 1, 2023, Optional Form
Code of Civil Procedure, §§ 527.6 and 527.9

How Do I Turn In, Sell, or Store My Firearms and Firearm Parts?
(Civil Harassment Prevention)

CH-800-INFO, Page 1 of 1

**CH-800** | **Receipt for Firearms and Firearm Parts**

*Clerk stamps date here when form is filed.*

**(1) Petitioner**

Name: _____

**(2) Restrained Person**

a. Your Name: _____

Your Lawyer *(if you have one for this case):*

Name: _____ State Bar No.: _____

Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: _____

City: _____ State: _____ Zip: _____

Telephone: _____ Fax: _____

Email Address: _____

*Fill in court name and street address:*

**Superior Court of California, County of San Diego**
☐ CENTRAL DIVISION, HALL OF JUSTICE
330 W. BROADWAY, SAN DIEGO, CA 92101
☐ EAST COUNTY DIVISION,
250 E. MAIN ST., EL CAJON, CA 92020
☐ NORTH COUNTY DIVISION,
325 S. MELROSE DR., VISTA, CA 92081
☐ SOUTH COUNTY DIVISION,
500 3RD AVE., CHULA VISTA, CA 91910

*Court fills in case number when form is filed.*

**Case Number:**

**(3) To the Restrained Person:**

If a judge has ordered you to turn in, sell, or store your firearms (guns) and firearm parts—meaning receivers, frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531)—use this form to prove to the judge that you have obeyed their orders. Take this form to a law enforcement officer or a licensed gun dealer to complete item **(4)** or **(5)**. For more information on how to properly turn in your items, read form CH-800-INFO, *How Do I Turn In, Sell, or Store My Firearms and Firearm Parts?*

**(4)** | **To Law Enforcement**

*(Complete the section below. Keep a copy and give the original to the person in **(2)** .)*

Name of Law Enforcement Agency: _____

Name of Law Enforcement Agent: _____

Address: _____

Telephone: _____ Email Address: _____

**Items Surrendered**

a. Firearms and firearm parts transferred on:

Date: _____ Time: _____ ☐ a.m. ☐ p.m.

b. List of items *(List all the items surrendered by the person in **(2)**. You may attach a separate form from your agency (e.g., a property report), use item **(6)**, or both. Check below if you have attached a separate form):*

☐ Separate form is attached. *(If it does not include all surrendered items, list additional items in item **(6)**.)*

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

► *Signature of law enforcement agent:* _____

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Optional Form
Code of Civil Procedure, §§ 527.6 and 527.9;
Penal Code, § 29830

**Receipt for Firearms and Firearm Parts**
**(Civil Harassment Prevention)**

**CH-800**, Page 1 of 3



| Case Number: |
|---|
| |

## ⑦ To the Restrained Person:

Besides the items listed on page 2 or in an attached form, do you have or own any other firearms (guns) or firearm parts?

☐ No

☐ Yes *(If yes, check one of the boxes below):*

    a. ☐ I filed a *Receipt for Firearms and Firearm Parts* (form CH-800) or other proof for those items with the court on *(date):* _____

    b. ☐ I am filing the proof for those firearms (guns) and firearm parts along with this proof.

    c. ☐ I have not yet filed the proof for the other firearms (guns) and firearm parts.
       *(Explain why not):*

_____

_____

_____

_____

_____

_____

### Your signature

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____     ▶     _____
*Type or print your name*            *Sign your name*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Your Next Steps

● After the form is complete, make two additional copies. Take the copies and original to the court clerk to file.

● Keep a copy for yourself.

**Note that failure to file a receipt with the court is a violation of the court's order.**

**EXHIBIT 8**

## SER-001    Request for Sheriff to Serve Court Papers

**Instructions:** Each county in California has a sheriff (and sometimes a marshal's office) that can serve different types of court papers, including restraining orders. Note that the sheriff cannot guarantee that they will be successful in finding the person you need served, but they will try to serve based on the information you put on this form.

* Complete this form for each set of papers you need served. You must complete a separate form for each person you need served.

* Find out where the person you need served is located. Give your papers to the sheriff or marshal's office in that county.

* You may have to pay for service of some court papers. For more information, see page 5 of this form, or go to *https://selfhelp.courts.ca.gov/sheriff-serves.*

* Do not use this form if you are asking the sheriff to enforce a wage garnishment order on an employer. Instead, use forms WG-001, *Application for Earnings Withholding Order,* and WG-035, *Confidential Statement of Judgment Debtor's Social Security Number.*

* If you want the sheriff to enforce a writ or levy, complete this form and form SER-001A, *Special Instructions for Writs and Levies—Attachment.*

**CONFIDENTIAL**

To Court Clerk: Do not file this form.

Sheriff File Number *(for sheriff to complete, if needed)*:

*Fill in case number:*

**Court Case Number:**

**25HR065766C**

**All information is required unless it is listed as optional or does not apply to your case.**

(1) **To the Sheriff or Marshal of** *(name of county):*   San Diego

(2) **Your Information**

a. Your name *(party requesting service):*   Michael Reeves

b. Your lawyer's information *(if you have one)*
Name:   N/A
Firm name:   N/A

c. Court case name:   Reeves   vs.   John Doe
*(example: Garcia v. Smith)*

d. Contact information for the sheriff or marshal to reach you

*(Give an address where you can receive mail regularly, like a post office box, a Safe at Home address, or another safe address. If you have a lawyer, give the lawyer's information.)*

Address to receive mail:   2301 Erie St
City: San Diego   State: CA   Zip: 92110
Telephone number *(optional):*   Email address *(optional):*

**CONFIDENTIAL**

**This is not a court form. Do not file with the court.**

Judicial Council of California, www.courts.ca.gov
New January 1, 2024, Mandatory Form
Government Code, §§ 7927.430, 26666, 26666.5, 26666.10

**Request for Sheriff to Serve Court Papers**

SER-001, Page 1 of 5

**Court Case Number:**

**25HR065766C**

**(3) Information About Person or Entity You Want Served**

*(Check a or b)*

a. ☑ I ask the sheriff to serve a person *(complete section below)*

  (1) Name of person: John Doe

    Nicknames or aliases *(optional)*: _____

  (2) Telephone number *(optional)*: N/A

  (3) Can you describe the person?

    ☐ No, I do *not* have any information about the person's description.

    ☑ Yes *(complete the section below with any information you have)*:

      Gender: ☑ Male ☐ Female ☐ Nonbinary

      Height: 5'9  Weight: 190  Hair color: brw  Eye color: brw

      Date of birth or age *(give estimate, if unknown)*: _____

      Race/Ethnicity: white

      Special marks or features *(tattoos, scars, etc.)*: N/A

      Vehicle *(type, model, year, color, plate number)*: N/A

      ☐ Check here if you are including a picture of the person.

  (4) Do you know of any safety or accessibility issues?

    ☑ No

    ☐ Yes *(complete the section below with any information you have)*:

      The person *(check all that apply)*:

      ☐ Has a gun or other weapon.    ☐ Is on probation or parole.

      ☐ Has a history of violence or abuse.    ☐ Has an aggressive animal.

      ☐ Has special training *(examples: military, first responder)*.    ☐ Has mental health issues.

      ☐ Is deaf or hard of hearing.

      ☐ Does not speak English *(list language)*: _____

      ☐ Add any other information about safety or accessibility that you know about:

b. ☐ I ask the sheriff to serve an entity *(examples: business or government agency)*

  (1) Name and type of entity: _____

    Telephone number *(optional)*: _____

  (2) If there is a specific person who should be served, give name: _____

  (3) If there is an agent for service of process, give name: _____

  (4) List any safety or accessibility issues *(examples: weapons, aggressive animals, language barrier)*:

**CONFIDENTIAL**

**This is not a court form. Do not file with the court.**



Court Case Number:

**25HR065766C**

**(4)** **Address Where Person or Entity Should Be Served**

*(The sheriff typically serves during normal business hours. Check with the sheriff's office for the exact times.)*

Address: 2251 Erie St                                    ☑ Home   ☐ Business

City: San Diego                    State: CA   Zip: 92110

Gate code or special instructions: N/A

Best time to serve at this address *(example: 8 a.m.–noon)*:

☐ *Check here if the person is in jail or prison (give name of facility):*

Alternate address *(optional)*

*(If the person cannot be found at the address listed above, some sheriffs may try a second address if it's in the same county. If you have a second address for the person you want served, complete the section below.)*

Address: N/A                                          ☐ Home   ☐ Business

City:                              State:        Zip:

Gate code or special instructions:

Best time to serve at this address *(example: 8 a.m.–noon)*:

**(5)** **Information About Your Request**

a. What type of court papers are you giving the sheriff to serve *(examples: summons, restraining order, eviction, small claims, bank levy, or writ of attachment)?*

b. List all forms or court papers you want served on the person in **(3)** a. *(optional).*
*(Note: You can list each form by its form number (example: FL-100, SC-100). If there is no form number, give the title of the document. The court may have ordered you to serve certain papers. Look at the court's order and list all forms required. If you do not know which papers you need to serve, ask a lawyer, or contact your local self-help center for free information.)*

CH100 (civil complant only)

c. Is there a court hearing (court date)?
☐ I don't know
☐ No
☐ Yes *(if yes, give date of hearing):*

**CONFIDENTIAL**
**This is not a court form. Do not file with the court.**

Court Case Number:
**25HR065766C**

(5) d. Is there a deadline for service?

☑ I don't know

☐ No

☐ Yes *(if yes, give deadline):* _____

e. Has the court allowed you to serve your court papers in another way besides personal service *(example: substituted service)?*

☐ I don't know

☑ No

☐ Yes *(if yes, include a copy of the order allowing another type of service)*

f. Is there any other information you want or need to give to the sheriff to serve your court papers?

☑ No

☐ Yes *(if yes, give information below):*

_____
_____
_____
_____
_____
_____
_____
_____

(6) **Enforcement of Writ or Levy**

**If you want the sheriff to enforce a writ or levy, you must complete form SER-001A, *Special Instructions for Writs and Levies—Attachment*, and turn it in with this form.**

*(Only complete this section if you want the sheriff to enforce a writ or levy.)*

Do you want the sheriff to both serve your court papers and act as levying officer?

☐ Yes

☐ No. I only want the sheriff to act as levying officer. A registered process server has or will serve my papers.

**Your Signature** *(party asking for service, or their lawyer)*

Date: December 10, 2025

_____
*Type or print your name*

_____
*Sign your name (may be electronic)*

CONFIDENTIAL
This is not a court form. Do not file with the court.

 

Court Case Number:
**25HR065766C**

## Your Next Steps

- Find out if you need to pay a fee for service by asking the court's self-help center, a lawyer, or the sheriff's office. Here are some situations where you **do not** need to pay for service:
  - If you have a fee waiver in your case (fee waiver granted by a judge on form FW-003 or FW-005).
  - If you are serving a domestic violence, elder abuse, or gun violence restraining order.
  - If you have a civil harassment, workplace violence, or school violence restraining order based on a credible threat of violence or stalking.

- Give this form and a copy of all the court papers you need served to the sheriff or marshal, including a copy of a fee waiver (if you have one). If you do not have to pay a fee to the sheriff, you can send your papers electronically. If you have to pay a fee, contact the sheriff to find out your options for turning in your request. Note that you can always turn in your request in person.

- You should get a form back from the sheriff.
  - If the sheriff was able to serve your court papers, you should receive a form (called a proof of service). **Make sure you get a copy from the sheriff and file it with the court.** Note that if there is a court stamp at the top right corner of the first page, it has already been filed and you do not need to file it with the court.
  - If the sheriff was unable to serve your court papers, you should receive a form (sometimes called declaration of due diligence) that tells you that service was unsuccessful and will give details about when the sheriff tried to serve the person. If the sheriff was unable to serve your papers, you can ask a lawyer or court's self-help center about your next steps.

- To find your local court self-help center, go to *www.courts.ca.gov/selfhelp*. Self-help center staff will not act as your lawyer but may be able to give you information to help you decide what to do in your case. Services are free.

## To Sheriff or Marshal

- This form is confidential and must not be made public.

- Any papers submitted with this form should be served and listed on the applicable proof of service form.

- Note that ⑤ b is optional and may help to identify documents that should have been submitted but were not received by your office.

- Under Government Code section 26666.2, once you've received a completed copy of this form and forms for service, you must attempt service unless:
  - Any order submitted does not have a judge's signature or other representation of a judge's signature; clerk's endorsement; or court stamp, seal, or other court endorsement; or
  - A court case number is not listed on the order, summons, or other notice.

**CONFIDENTIAL**

**This is not a court form. Do not file with the court.**

New January 1, 2024

**Request for Sheriff to Serve Court Papers**

SER-001, Page 5 of 5

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form   Save this form

Clear this form

**FW-001**    **Request to Waive Court Fees**

**CONFIDENTIAL**

If you are getting public benefits, are a low-income person, or do not have enough income to pay for your household's basic needs and your court fees, you may use this form to ask the court to waive your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:
- You cannot give the court proof of your eligibility,
- Your financial situation improves during this case, or
- You settle your civil case for **$10,000** or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

*Clerk stamps date here when form is filed.*

**FILED**
Clerk of the Superior Court

DEC 1 2 2025

*Fill in court name and street address:*

**Superior Court of California, County of**
Superior Court
330 West Broadway
San Diego, CA 92101

**1** **Your Information** *(person asking the court to waive the fees):*
Name: Michael Reeves
Street or mailing address: 2301 Erie St
City: San Diego    State: CA   Zip: 92110
Phone: 212-804-5432

*Fill in case number and name:*

**Case Number:**
**25HR065766c**

**Case Name:** Reeves v. John Doe

**2** **Your Job,** if you have one *(job title):* N/A
Name of employer: N/A
Employer's address:

**3** **Your Lawyer,** if you have one *(name, firm or affiliation, address, phone number, and State Bar number):*
_____

a.   The lawyer has agreed to advance all or a portion of your fees or costs *(check one):*  Yes ☐    No ☐
b.   *(If yes, your lawyer must sign here)* Lawyer's signature: _____
     *If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.*

**4** **What court's fees or costs are you asking to be waived?**
☐ Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
☐ Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees* (form APP-015/FW-015-INFO).)

**5** **Why are you asking the court to waive your court fees?**
a. ☒ I receive *(check all that apply; see form FW-001-INFO for definitions):*
   ☒ Food Stamps ☐ Supp. Sec. Inc. ☐ SSP ☐ Medi-Cal ☐ County Relief/Gen. Assist. ☐ IHSS
   ☐ CalWORKS or Tribal TANF   ☐ CAPI   ☐ WIC   ☐ Unemployment
b. ☐ My gross monthly household income (before deductions for taxes) is less than the amount listed below. *(If you check 5b, you must fill out 7, 8, and 9 on page 2 of this form.)*

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | *If more than 6 people at home, add $916.67 for each extra person.* |
|---|---|---|---|---|---|---|
| 1 | $2,608.33 | 3 | $4,441.67 | 5 | $6,275.00 | |
| 2 | $3,525.00 | 4 | $5,358.33 | 6 | $7,191.67 | |

c. ☐ I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to: *(check one and you **must** fill out page 2):*
   ☐ waive all court fees and costs   ☐ waive some of the court fees   ☐ let me make payments over time

**6** ☐ Check here if you asked the court to waive your court fees for this case in the last six months.
   *(If your previous request is reasonably available, please attach it to this form and check here):* ☐

I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.
Date: 12-12-25

_____    _____
*Print your name here*          *Sign here*

Judicial Council of California, www.courts.ca.gov
Rev. March 1, 2025, Mandatory Form
Government Code, § 68633;
Cal. Rules of Court, rules 3.51, 8.26, and 8.818     **Request to Waive Court Fees**     FW-001, Page 1 of 2 →

Your name: _____

Case Number:
**25HR065766c**

*If you checked 5a on page 1, do not fill out below. If you checked 5b, fill out questions 7, 8, and 9 only. If you checked 5c, you **must** fill out this entire page. If you need more space, attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.*

**(7)** ☐ Check here if your income changes a lot from month to month. If it does, complete the form based on your average income for the past 12 months.

**(8) Your Gross Monthly Income**

a. List the source and amount of *any* income you get each month, including: wages or other income from work before deductions, spousal/child support, retirement, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest, trust income, annuities, net business or rental income, reimbursement for job-related expenses, gambling or lottery winnings, etc.

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. **Your total monthly income:**     $_____

**(9) Household Income**

a. List the income of all other persons living in your home who depend in whole or in part on you for support, or on whom you depend in whole or in part for support.

| Name | Age | Relationship | Gross Monthly Income |
|---|---|---|---|
| (1) | | | $_____ |
| (2) | | | $_____ |
| (3) | | | $_____ |
| (4) | | | $_____ |

b. **Total monthly income of persons above:**  $_____

**Total monthly income *and* household income (8b plus 9b):**     $_____

To list any other facts you want the court to know, such as unusual medical expenses, etc., attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.

*Check here if you attach another page.* ☐

**Important!** If your financial situation or ability to pay court fees improves, you must notify the court within five days on form FW-010.

**(10) Your Money and Property**

a. Cash     $_____

b. All financial accounts *(List bank name and amount)*:

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

c. Cars, boats, and other vehicles

| Make / Year | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1) | $_____ | $_____ |
| (2) | $_____ | $_____ |
| (3) | $_____ | $_____ |

d. Real estate

| Address | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1) | $_____ | $_____ |
| (2) | $_____ | $_____ |

e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.):

| Describe | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1) | $_____ | $_____ |
| (2) | $_____ | $_____ |

**(11) Your Monthly Deductions and Expenses**

a. List any payroll deductions and the monthly amount below:

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. Rent or house payment & maintenance     $_____
c. Food and household supplies     $_____
d. Utilities and telephone     $_____
e. Clothing     $_____
f. Laundry and cleaning     $_____
g. Medical and dental expenses     $_____
h. Insurance (life, health, accident, etc.)     $_____
i. School, child care     $_____
j. Child, spousal support (another marriage)     $_____
k. Transportation, gas, auto repair and insurance  $_____
l. Installment payments *(list each below)*:
Paid to:
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
m. Wages/earnings withheld by court order     $_____
n. Any other monthly expenses *(list each below)*.

Paid to:     How Much?
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

**Total monthly expenses** *(add 11a –11n above)*:  $_____

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]     [ Clear this form ]

**FW-003**    Order on Court Fee Waiver (Superior Court)

*Clerk stamps date here when form is filed.*

F I L E D
Clerk of the Superior Court
DEC 1 2 2025

**(1) Person who asked the court to waive court fees:**

Name: Michael Reeves

Street or mailing address: 2301 Erie St

City: San Diego    State: CA    Zip: 92110

**(2) Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

_____
_____
_____
_____
_____

*Fill in court name and street address:*

Superior Court of California, County of

**Superior Court**
**330 West Broadway**
**San Diego, CA 92101**

*Fill in case number and name:*

Case Number:
**25HR065766C**

Case Name: Reeves v. John Doe

**(3)** A request to waive court fees was filed on *(date):* _____

☐ The court made a previous fee waiver order in this case on *(date):* _____

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)** After reviewing your:    ☒ *Request to Waive Court Fees*    ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☒ The court **grants** your request, as follows:

(1) ☒ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items:

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):* _____
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

FW-003, Page 1 of 3

| Your name: _____ | Case Number: **25HR065766C** |

Name and address of court if different from above:

**Hearing Date** → Date: _____ Time: _____
Dept.: _____ Room: _____

_____
_____
_____
_____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 12/12/25

_____    S. Bakke
Signature of (check one): ☐ Judicial Officer  ☒ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☒ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California, on the date below.

☐ A certificate of mailing is attached.

Date: 12/12/25

Clerk, by _____, Deputy
Name: _____ S. Bakke

**This is a Court Order.**

| Your name: | Case Number: |
|---|---|
| | **25HR065766C** |

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:

- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below    ☐ On Attachment 4b(1)

_____

_____

_____

_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below    ☐ On Attachment 4b(2)

_____

_____

_____

_____

_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:

- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
   ☐ Below    ☐ On Attachment 4c(1)

_____

_____

_____

_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
   ☐ Below    ☐ On Attachment 4c(2)

_____

_____

_____

_____

_____

_____

**This is a Court Order.**

## CH-109    Notice of Court Hearing

**Clerk stamps date here when form is filed.**

F I L E D
Clerk of the Superior Court

DEC 1 0 2025

Filed By: S. Billings

**(1) Person Seeking Protection**

a. Your Full Name:
MICHAEL REEVES

Your Lawyer (if you have one for this case):

Name: N/A      State Bar No.:

Firm Name: N/A

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: 2301 ERIE STEET

City: SAN DIEGO    State: CA    Zip: 92110

Telephone: ~~(000) 000-0000~~    Fax:

Email Address: ~~(redacted)~~

*Fill in court name and street address:*

**Superior Court of California, County of**

**Superior Court
330 West Broadway
San Diego, CA 92101**

*Court fills in case number when form is filed.*

**Case Number:**
**25HR065766C**

**(2) Person From Whom Protection Is Sought**

Full Name: JOHN DOE

*The court will complete the rest of this form.*

**(3) Notice of Hearing**

A court hearing is scheduled on the request for restraining orders against the person in (2):

**Hearing Date** → Date: 1/2/26   Time: 9:00am   Dept.: 61   Room:

Name and address of court if different from above:

FOR MORE HEARING INFORMATION
PLEASE VISIT WWW.SDCOURT.CA.GOV

**To the person in (2):**

- If you attend the hearing (in person, by phone, or by videoconference) and the judge grants a restraining order against you, the order will be effective immediately, and you could be arrested if you violate the order.
- If you do not attend the hearing, the judge may still grant the restraining order that could last up to five years. After you receive a copy of the order, you could be arrested if you violate the order.

**(4) Temporary Restraining Orders** *(Any orders granted are on form CH-110, served with this notice.)*

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are *(check only one box below):*

    (1) ☐ All **GRANTED** until the court hearing.

    (2) ☒ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

    (3) ☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Code of Civil Procedure, § 527.6
Approved by DOJ

**Notice of Court Hearing
(Civil Harassment Prevention)**

CH-109, Page 1 of 3



| Case Number: |
| --- |
| **25HR065766C** |

b. Reasons for denial of some or all of those personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are:

(1) ☒ The facts as stated in form CH-100 do not sufficiently show acts of violence, threats of violence, or a course of conduct that seriously alarmed, annoyed, or harassed the person in ① and caused substantial emotional distress.

(2) ☐ Other *(specify):* ☐ As stated on Attachment 4b.

_____

_____

_____

_____

_____

_____

_____

_____

⑤ **Confidential Information Regarding Minor**

a. ☐ A request to keep minor's information confidential was made (see form CH-160) and **GRANTED**. (*See form CH-165,* Order on Request to Keep Minor's Information Confidential, *served with this form.*)

b. **If the request was granted, the information described in item ⑦ on the order (form CH-165) must be kept CONFIDENTIAL. The disclosure or misuse of the information is punishable as a sanction, with a fine of up to $1,000 or other court penalities.**

⑥ **Service of Documents for the Person in ①**

At least ☒ five ☐ _____ **days before the hearing**, someone age 18 or older—**not you or anyone to be protected**—must personally give (serve) a court's file-stamped copy of this form CH-109 to the person in ② along with a copy of all the forms indicated below:

a. CH-100, *Request for Civil Harassment Restraining Orders* (file-stamped)

b. ☐ CH-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c. CH-120, *Response to Request for Civil Harassment Restraining Orders* (blank form)

d. CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*

e. ☐ CH-170, *Notice of Order Protecting Information of Minor* and CH-165, *Order on Request to Keep Minor's Information Confidential* (file-stamped) **IF GRANTED**

f. ☐ Other *(specify):* _____

Date: ____12/10/25____    _____ BLAIR A. SOPER
                                                        Judicial Officer

 

**Case Number:**

**25HR065766C**

## To the Person in ① :

- The court cannot make the restraining orders after the court hearing unless the person in ② has been personally given (served) a copy of your request and any temporary orders. To show that the person in ② has been served, the person who served the forms must fill out a proof of service form. Form CH-200, *Proof of Personal Service,* may be used.

- For information about service, read form CH-200-INFO, *What Is "Proof of Personal Service"?*

- You may ask to reschedule the hearing if you are unable to find the person in ② and need more time to serve the documents, or for other good reasons. Read form CH-115-INFO, *How to Ask for a New Hearing Date.*

- You must attend the hearing if you want the judge to make any of the orders you requested on form CH-100, *Request for Civil Harassment Restraining Orders.* Bring any evidence or witnesses you have. For more information, read form CH-100-INFO, *Can a Civil Harassment Restraining Order Help Me?*

## To the Person in ② :

- If you want to respond to the request for orders in writing, file form CH-120, *Response to Request for Civil Harassment Restraining Orders,* and have someone age 18 or older—**not you or anyone to be protected**—mail it to the person in ①.

- The person who mailed the form must fill out a proof of service form. Form CH-250, *Proof of Service by Mail,* may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.

- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.

- You may bring witnesses and other evidence.

- At the hearing, the judge may make restraining orders against you that could last up to five years and may order you to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts that you own or possess. This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531). If an order is granted, you will also be prohibited from owning, possessing, or buying body armor and will have to relinquish any body armor you have.

- If you are unable to attend your court hearing or need more time to prepare your case, you may ask to reschedule your court date. Read form CH-115-INFO, *How to Ask for a New Hearing Date.*



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to www.courts.ca.gov/forms for *Disability Accommodation Request* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

Date: **DEC 10 2025**

Clerk, by _C. Drbes_ , Deputy

Rev. January 1, 2025

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

CH-109, Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |

## CH-100

### Request for Civil Harassment Restraining Orders

Read *Can a Civil Harassment Restraining Order Help Me?* (form CH-100-INFO before completing this form. Also fill out *Confidential CLETS Information* (form CLETS-001 with as much information as you know.

**Clerk stamps date here when form is filed.**

F I L E D
Clerk of the Superior Court

DEC 1 0 2025

By: _____ , Deputy

**① Person Seeking Protection**

a. Your Full Name:
   MICHAEL REEVES    Age: 56

   Your Lawyer *(if you have one for this case)*
   Name: N/A    State Bar No.: _____
   Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

   Address: 2301 ERIE STREET
   City: SAN DIEGO    State: CA   Zip: 92110
   Telephone: ~~212-804-8262~~    Fax: _____
   Email Address: ~~(illegible)@gmail.com~~

*Fill in court name and street address:*
**Superior Court of California, County of**

**Superior Court
330 West Broadway
San Diego, CA 92101**

*Court fills in case number when form is filed.*
**Case Number:**
**25HR065766C**

**② Person From Whom Protection Is Sought**

Full Name: JOHN DOE    Age: 60
Address *(if known):* 2251 ERIE STREET
City: SAN DIEGO    State: CA  Zip: 92110

**③ Additional Protected Persons**

a. Are you asking for protection for any other family or household members? ☐ Yes ☐ No    *If yes, list them:*

| Full Name | Gender | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| | M | | ☐ Yes ☒ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.*

b. Why do these people need protection? *(Explain below):*

   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*
   see attached
   _____
   _____
   _____

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 1 of 6
→

**Case Number:**
**25HR065766C**

## ④ Relationship of Parties

How do you know the person in ②? *(Explain below)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

see attached    No relationship/unknown person(s), see attached for additional informational

## ⑤ Venue

Why are you filing in this county? *(Check all that apply)*:

a. ☒ The person in ② lives in this county.

b. ☒ I was harassed by the person in ② in this county.

c. ☐ Other *(specify)*: _____

## ⑥ Other Court Cases

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☐ Yes  ☒ No   *(If yes, check each kind of case and indicate where and when each was filed.)*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☐ | Civil Harassment | | | |
| (2) ☐ | Domestic Violence | | | |
| (3) ☐ | Divorce, Nullity, Legal Separation | | | |
| (4) ☐ | Paternity, Parentage, Child Custody | | | |
| (5) ☐ | Elder or Dependent Adult Abuse | | | |
| (6) ☐ | Eviction | | | |
| (7) ☐ | Guardianship | | | |
| (8) ☐ | Workplace Violence | | | |
| (9) ☐ | Small Claims | | | |
| (10) ☐ | Criminal | | | |
| (11) ☐ | Other *(specify)*: | | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②?  ☒ No   ☐ Yes *(If yes, attach a copy if you have one.)*

## ⑦ Description of Harassment

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.

(1) When did it happen? *(provide date or estimated date)*: November 15, 2025 to present

(2) Who else was there?  Other participants

_____

_____

**This is not a Court Order.**

Case Number:
**25HR065766C**

(7) a. (3) How did the person in ② harass you? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

John Doe (2251 Erie) has approached and harassed me on multiple occasions. In the first two weeks after I moved in, he came out of his house within seconds of me exiting my door at least seven (7) times, stood in front of my residence, and struck nearby objects to create loud, disturbing noises directed at me. His conduct appears coordinated with Jane Doe's ongoing harassment and has caused me fear, distress, and intimidation. See Attachment for additional details.

(4) Did the person in ② use or threaten to use a gun or any other weapon?

☐ Yes  ☒ No *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

_____
_____
_____
_____

(5) Were you harmed or injured because of the harassment?

☒ Yes  ☐ No *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

Yes. I have suffered emotional and psychological injury due to the ongoing harassment. The repeated incidents have caused fear, anxiety, stress, loss of sleep, and constant concern for my personal safety. I have also changed my daily routines, altered how and when I leave my home, and feel unsafe in my own residence.

(6) Did the police come? ☐ Yes ☒ No

If yes, did they give you or the person in ② an Emergency Protective Order? ☐ Yes ☐ No

If yes, the order protects *(check all that apply):*

☐ Me  ☐ The person in ②  ☐ The persons in ③.

*(Attach a copy of the order if you have one.)* Police Report T25028075  OMB-23782-OMB: Formal ADA Grievance

b. Has the person in ② harassed you at other times?

☒ Yes ☐ No *(If yes, describe prior incidents and provide dates of harassment below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

see attachment
_____
_____
_____
_____

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 3 of 6



Case Number:
**25HR065766C**

## Check the orders you want. ☑

**⑧** ☐ **Personal Conduct Orders**

I ask the court to order the person in ② **not** to do any of the following things to me or to any person to be protected listed in ③ :

a. ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☐ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means.

c. ☒ Other *(specify):* I want an order requiring him to stop coming outside whenever I exit my home and to stop all harassing, stalking, and intimidating behavior toward me.
   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*
   see attched for more information

_____

_____

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**⑨** ☒ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least **10** yards away from *(check all that apply):*

(1) ☐ Me.                                 (8) ☐ My vehicle.

(2) ☐ The other persons listed in ③.      (9) ☒ Other *(specify):*

(3) ☐ My home.

(4) ☐ My job or workplace.

(5) ☐ My school.

(6) ☐ My children's school.

(7) ☐ My children's place of child care.

I request that she stay at least 10 yards (30 feet) away from me, my residence entrances, my door area, and any place where I live or walk to access my home, except inside her own residence.

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?    ☒ Yes   ☐ No   *(If no, explain below):*
   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b  Stay-Away Orders," for a title.*

_____

**⑩** **Firearms (Guns), Firearm Parts, and Ammunition**

Does the person in ② own or possess any firearms (guns), firearm parts, or ammunition? This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531).   ☐ Yes  ☐ No   ☒ I don't know

*If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive firearms (guns), firearm parts, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts within their immediate possession or control. If an order is granted, the person in ② will also be prohibited from owning, possessing, or buying body armor and would have to relinquish any they have.*

**This is not a Court Order.**

| Case Number: |
| --- |
| **25HR065766C** |

**(11)** ☒ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order,* for the court's signature together with this *Request.*

Has the person in ② been told that you were going to go to court to seek a TRO against him or her?

☐ Yes  ☒ No  *(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

No. I have not told them because doing so would likely escalate the harassment and put me at greater risk. Their behavior has already been aggressive and unpredictable, and notifying them in advance could increase the danger to me."

**(12)** ☒ **Request to Give Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains* What Is "Proof of Personal Service"? *Form CH-200,* Proof of Personal Service, *may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

I am requesting service by the Sheriff because I do not feel safe having anyone personally serve the respondent, and there is a credible risk of conflict or harm if I attempt service myself.

**(13)** ☒ **No Fee for Filing or Service**

a. ☐ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☒ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file form FW-001,* Application for Waiver of Court Fees and Costs *.)*

**(14)** ☒ **Lawyer's Fees and Costs**

I ask the court to order payment of my  ☐ lawyer's fees  ☐ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
| --- | --- | --- | --- |

"I request that the court order the respondent(s) to pay my attorney's fees and costs under Code of Civil Procedure § 527.6." "$5,000 (estimated future attorney's fees). I plan to retain an attorney upon issuance of the Temporary Restraining Order and request that reasonable future fees be awarded."

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)



| Case Number: |
| --- |
| **25HR065766C** |

(15) ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.
   *(Identify animals by, e.g., type, breed, name, color, sex.)*
   n/a

I request sole possession of the animals because *(specify good cause for granting order)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*

n/a

b. ☐ That the person in (2) must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

(16) ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.*

(a) No Contact / Stay Away- The respondent(s) must stay at least 10 yards (30 feet) away from me, my home entrances, my walkway, driveway, and any place I live or walk to access my home, except inside their own residence. (b) Prohibit Harassment / Stalking The respondent(s) must not engage in any form of harassment, stalking, intimidation, or threatening behavior, including: Coming outside whenever I exit my home/Following or watching me/Circling the property Making loud noises, flashing lights, or setting off alarms to annoy or scare me Attorney's Fees and Costs - The respondent(s) must pay my attorney's fees and costs, estimated at $5,000, pursuant to CCP § 527.6, as their harassment has forced me to seek legal protection. Electronic Harassment / Surveillance The respondent(s) must cease any use of apps, devices, or other technology to monitor, track, or alert others to my presence.

(17) Number of pages attached to this form, if any: 5

Date: December 9, 2025

_____
*Lawyer's name (if any)*

▶ _____
*Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: December 9, 2025

Michael Reeves
_____
*Type or print your name*

▶ _____
*Sign your name*

**This is not a Court Order.**

MC-031

| | |
|---|---|
| PLAINTIFF/PETITIONER: MICHAEL REEVES | CASE NUMBER: |
| DEFENDANT/RESPONDENT: JOHN DOE 1 | **25HR065766C** |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

DECLARATION OF MICHAEL REEVES REGARDING HARASSMENT BY JOHN DOE (2251 ERIE STREET)

I, Michael Reeves, declare as follows:

1. I recently moved into my residence on Erie Street in San Diego, California. Since moving in, John Doe, the male resident at 2251 Erie Street, has engaged in repeated and intentional acts of harassment toward me.

2. Between the date of my move-in and the date of this filing, John Doe has confronted or approached me at least seven (7) separate times. Each incident occurred within seconds of me stepping outside my front door, indicating that he was watching for my movements.

3. In each of these encounters, John Doe exited his home almost immediately after I opened my door, came into the area directly in front of my residence, and stood facing my home while striking nearby objects (such as surfaces, bins, or structures) to create loud, sharp, disturbing noises.

4. His conduct appears intentional, targeted, and coordinated, and it serves no legitimate purpose. These actions have caused me intimidation, fear, and emotional distress, particularly as they occur repeatedly and without provocation.

5. I have no relationship with John Doe and have never engaged him in any conflict. I am newly moved to the property, and his repeated actions have made me feel unsafe in my home and afraid to leave my residence.

6. I respectfully submit this declaration in support of my request for a civil harassment restraining order. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 9, 2025

MICHAEL REEVES
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

25HR065766C

# CH-100: Description of Harassment and When It Happened

Since moving into my residence, I have experienced a total of 37 separate incidents of harassment from multiple individuals who appear to be coordinating their actions. Their conduct has caused me fear, intimidation, and significant emotional distress.

1. Harassment by the Three Men on Lister Street – 17 Incidents
These three individuals are middle-aged white males who repeatedly engaged in threatening and intimidating behavior directed at me outside my home. Their conduct included slow drive-bys, circling the block, stopping in front of my residence, staring at me, and monitoring my movements.

Vehicles involved:
Ford – Plate 8NCX653
BMW – Plate 9NUR143
Volkswagen – Plate CTB1058

These behaviors occurred on at least 17 separate occasions, including on November 15, 2025, the date I moved in.

On that day alone, they passed or stopped in front of my home multiple times, creating a threatening environment from the moment I arrived.

2. Harassment by Female on 2251 Erie Street – (Total incidents minus 17 and 7)

(The remaining incidents—13 total—were committed by the female.)

This female engaged in 13 incidents of harassment, including repeatedly approaching my residence, hiding behind the tree in her yard and watching, making loud loud as I step into my place or exit, or following me, making me feel monitored, and appearing near my windows or driveway without any legitimate reason. This pattern was persistent and targeted

3. Harassment by Her Husband – 7 Incidents Her husband was involved in 7 additional incidents, including confrontational behavior, intimidating presence,and repeated monitoring of my movements near my home.

**25HR065766C**

## SUPERIOR COURT OF CALIFORNIA – COUNTY OF SAN DIEGO

**Petitioner:** Michael Reeves
**Address:** 2301 Erie Street, San Diego, CA 92110
**Phone:** ~~2028048468~~
**Email:** ~~marymary10028@gmail.com~~

MICHAEL REEVES
V
JOHN DOE 1

**Respondents:**

1. **Doe   and Doe** [1] – Married couple residing at 2251 Erie Street, San Diego, CA 92110
   a. Description: Doe 1 – White male, approx. 70-75 5'9  , short brown hair
   b. Description: Doe 2 – White female, approx. 60-65 5'6   blonde hair
2. **Doe 2, Doe 3 , and Doe 4** – Adult males residing at 4437 Lister Street, San Diego, CA 92110
   a. Description: Adult white males, approx. 30–50

**Case Type:** Civil Harassment Restraining Order

# CH-100: Request for Civil Harassment Restraining Orders

**1. Type of Harassment (Check all that apply):**
☑ Harassment

**2. Relief Requested:**

- Restraining order prohibiting respondents from:
    - Approaching, contacting, or communicating with me
    - Stalking or following me
    - Using vehicles, alarms, lights, or other methods to harass me
- Temporary Restraining Order (TRO) until the hearing
- Any additional relief deemed appropriate by the court

**3. Dates of Harassment:** November 20, 2025 – Present

**4. Locations of Harassment:** 2301 Erie Street, San Diego, CA 92110 and surrounding area

**5. Fee Waiver Request:**

**25HR065766C**

- Petitioner requests **waiver of filing and service fees** due to disability and recent transition from homelessness.

# Attachment A – Declaration of Michael Reeves (CH-100A Equivalent)

I, Michael Reeves, declare:

## A. Harassment by Residents at 2251 Erie Street (Doe    & Doe 1 )

1. Since moving to 2301 Erie Street in late November 2025, Doe   and Doe 1  have engaged in repeated harassment.
2. This includes:
   a. Coming outside within seconds whenever I exit my home
   b. Using thrash bin positioned directly in front my door to create noises
   c. Flickering porch lights
   d. Walking up to the plaintiff and greeting him in an intimidating manner
   e. Honking vehicle horns multiple times in response to my movements
   f. Setting off car alarms or alarm chirps intentionally
   g. Driving slowly past my home immediately after I exit
   h. Flashing headlights or outdoor lights in coordination with my movements
3. These actions occurred at least 17 times in two weeks and are part of **37 total neighborhood harassment incidents**.
4. The harassment causes fear, anxiety, and severe emotional distress.

## B. Harassment by Residents at 4437 Lister Street (Doe 2,3,4 )

1. Respondents flash lights, set off alarms, and come outside immediately when I step out.
2. They drive past my home repeatedly and appear to coordinate with other neighbors.
3. These actions are ongoing, intentional, and create intimidation and fear for my safety.

**25HR065766C**

## C. Drone Activity

1. At least six low-altitude drones have flown above my residence (2301 Erie Street) since I moved in.
2. Drone activity is repeated and may be linked to harassment.
3. This raises safety and privacy concerns and contributes to fear and anxiety.

## D. Background & Context

1. I am a disabled individual, recently transitioned from homelessness via County of San Diego housing programs.
2. The harassment threatens my physical and mental health, and risks undermining public resources invested in my housing stability.
3. I do not make any accusations against the City, County, or law enforcement agencies; this declaration reports ongoing harassment facts.
4. This harassment began after **immigration authorities assaulted me and broke my shoulder,** leading to **two surgeries and permanent disability,** and after I **filed multiple federal lawsuits and went public** regarding my situation.

## E. Evidence Attachments

1. SDPD police report documenting incidents
2. Detailed harassment log (dates, times, actions)
3. Photos/videos of harassment and drone activity
4. Map of my home and respondents' residences
5. Copies of subpoenas or related documents showing coordination, if relevant

## F. Temporary Restraining Order Request

I request the court immediately issue a **TRO:**

- Prohibiting respondents from approaching my residence, vehicle, or person
- Prohibiting any use of alarms, lights, vehicles, or apps to harass me

25HR065766C

- Remaining in effect until the full CHRO hearing

## G. Fee Waiver Declaration

I declare under penalty of perjury:

"I, Michael Reeves, declare that I am unable to pay court fees associated with this CHRO filing without substantial hardship due to my disability and recent transition from homelessness."

Date: December 8, 2025
Signature:
Michael Reeves, Petitioner

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO

# CIVIL HARASSMENT
## RESPONDENT PACKET



| FORMS INCLUDED IN THIS PACKET | |
|---|---|
| How Can I Respond to a Request for Civil Harassment Restraining Orders? | Judicial Council Form #CH-120-INFO |
| Response to Request for Civil Harassment Restraining Orders | Judicial Council Form #CH-120 |
| How to Ask for a New Hearing Date | Judicial Council Form #CH-115-INFO |
| Instructions for Requesting to Continue Hearing on Restraining Order | SDSC Form #CIV-385 |
| Proof of Service of Response by Mail | Judicial Council Form #CH-250 |
| How to Turn in Firearms, Firearms Parts, and Ammunition | SDSC Form #ADM-438 |
| How Do I Turn In, Sell, or Store my Firearms and Firearm Parts? | Judicial Council Form #CH-800-INFO |
| Receipt for Firearms and Firearm Parts | Judicial Council Form #CH-800 |

PKT-002 B (Rev. 1/25)

## CH-120-INFO — How Can I Respond to a Request for Civil Harassment Restraining Orders?

## What is a civil harassment restraining order?

It is a court order that prohibits you from doing certain things and going to certain places.

## What does the order do?

The court can order you to:

- Not contact the person who asked for the order
- Stay away from that person and the person's home and workplace
- Not have any firearms (guns), firearm parts, ammunition, or body armor as long as the order is in effect. This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531).

  For more information about the items you would not be allowed to have, please see selfhelp.courts.ca.gov/restraining-orders/prohibited-items.

## Who can ask for a civil harassment restraining order?

A person who is worried about safety because he or she has been or is being:

- Stalked
- Harassed
- Assaulted, including sexually, *or*
- Threatened with violence

## I've been served with a request for civil harassment restraining orders. What do I do now?

Read the papers served on you very carefully. The *Notice of Court Hearing* tells you when to appear in court. There may also be a *Temporary Restraining Order* forbidding you from doing certain things. You must obey the order until the hearing.

## What if I don't agree with what the order says?

You still must obey the order until the hearing. If you disagree with the orders the person is asking for, fill out form CH-120, *Response to Request for Civil Harassment Restraining Orders,* before your hearing date and file it with the court. If you need to include attachments, you can use form MC-025. You can get the forms from legal publishers or from the California Courts website at www.courts.ca.gov/forms. Forms may also be at your local courthouse or county law library.

## What if I don't obey the order?

The police can arrest you. You can go to jail and pay a fine.

## Do I have to serve the other person with a copy of my response?

Yes. Have someone age 18 or older—**not you**—mail a copy of completed form CH-120 to the person who asked for the order (or that person's lawyer). (This is called "service by mail.")

The person who serves the form by mail must fill out form CH-250, *Proof of Service by Mail*. Have the person who did the mailing sign the original. Take the completed form back to the court clerk or bring it with you to the hearing.

## Should I go to the court hearing?

Yes. You should go to court on the date listed on form CH-109, *Notice of Court Hearing*. If you do not go to the hearing, the judge can make orders against you without hearing from you.



Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Optional Form
Code of Civil Procedure, § 527.6

**How Can I Respond to a Request for Civil Harassment Restraining Orders?**
(Civil Harassment Prevention)

CH-120-INFO, Page 1 of 2

# CH-120

## Response to Request for Civil Harassment Restraining Orders

**Clerk stamps date here when form is filed.**

### Use this form to respond to the *Request* (form CH-100)

- Read *How Can I Respond to a Request for Civil Harassment Restraining Orders?* (form CH-120-INFO) to protect your rights.
- Fill out this form and take it to the court clerk.
- Have someone age 18 or older—**not you**—serve the person in (1) or his or her lawyer by mail with a copy of this form and any attached pages. *(Use form CH-250, Proof of Service by Mail.)*

### (1) Person Seeking Protection

Full name of person seeking protection *(see form CH-100, item (1))*:

_____

### (2) Person From Whom Protection Is Sought

a. Your Name: _____

Your Lawyer *(if you have one for this case)*
Name: _____ State Bar No.: _____

Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: _____

City: _____ State: ____ Zip: _____

Telephone: _____ Fax: _____

Email Address: _____

**Fill in court name and street address:**

**Superior Court of California, County of San Diego**
☐ CENTRAL DIVISION, HALL OF JUSTICE,
   330 W. BROADWAY, SAN DIEGO, CA 92101
☐ EAST COUNTY DIVISION,
   250 E. MAIN ST., EL CAJON, CA 92020
☐ NORTH COUNTY DIVISION,
   325 S. MELROSE DR., VISTA, CA 92081
☐ SOUTH COUNTY DIVISION,
   500 3RD AVE., CHULA VISTA, CA 91910

*Court fills in case number when form is filed.*

**Case Number:**

---

Present your response and any opposition at the hearing. Write your hearing date, time, and place from form CH-109 item (3) here:

**Hearing Date** → Date: _____ Time: _____
Dept.: _____ Room: _____

**If you were served with a Temporary Restraining Order, you must obey it until the hearing.** At the hearing, the court may make orders against you that last for up to five years.

### (3) ☐ Personal Conduct Orders

a. ☐ I agree to the orders requested.
b. ☐ I do not agree to the orders requested.
   *(Specify why you disagree in item (12) on page 4.)*
c. ☐ I agree to the following orders *(Specify below or in item (12) on page 4.)*

_____
_____

### (4) ☐ Stay-Away Orders

a. ☐ I agree to the orders requested.
b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item (12) on page 4.)*
c. ☐ I agree to the following orders *(specify below or in item (12) on page 4):*

_____
_____

---

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Response to Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**



Case Number:

**(8)** ☐ **Possession and Protection of Animals**

   a.  ☐  I agree to the orders requested.

   b.  ☐  I do not agree to the orders requested. *(Specify why you disagree in item* (12) *on page 4.)*

   c.  ☐  I agree to the following orders *(specify below or in item* (12) *on page 4):*

_____

_____

_____

**(9)** ☐ **Other Orders**

   a.  ☐  I agree to the orders requested.

   b.  ☐  I do not agree to the orders requested. *(Specify why you disagree in item* (12) *on page 4.)*

   c.  ☐  I agree to the following orders *(specify below or in item* (12) *on page 4):*

_____

_____

_____

_____

_____

**(10)** ☐ **Denial**

I did not do anything described in item (7) of form CH-100. *(Skip to* (12) *.)*

**(11)** ☐ **Justification or Excuse**

If I did some or all of the things that the person in (1) has accused me of, my actions were justified or excused for the following reasons *(explain):*

☐ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "Attachment 11—Justification or Excuse" as a title. You may use form MC-025, Attachment.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Response to Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)



Case Number:

**(14) ☐ Lawyer's Fees and Costs**

a. ☐ I ask the court to order payment of my  ☐ Lawyer's fees  ☐ Court costs.
The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper and write "Attachment 14—Lawyer's Fees and Costs" for a title. You may use form MC-025, Attachment.*

b. ☐ I ask the court to deny the request of the person asking for protection that I pay his or her lawyer's fees and costs.

**(15)** Number of pages attached to this form, if any: _____

Date: _____

▶

_____         _____
*Lawyer's name (if any)*                *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: _____

▶

_____         _____
*Type or print your name*               *Sign your name*

**Response to Request for Civil Harassment
Restraining Orders
(Civil Harassment Prevention)**

## CH-115-INFO  How to Ask for a New Hearing Date

**① You may need to ask for a new court date if:**

- You are the person asking for protection and are unable to have *Notice of Court Hearing* (form CH-109), and other papers served in time before the court date.

- You are the person to be restrained and making your first request to reschedule your court date.

- You have a good reason for needing a new court date. (The court may grant your request to reschedule your court date on a showing of good cause.)

**② What does form CH-115 do?**

Use *Request to Continue Hearing* (form CH-115) to ask the court to reschedule your court date. If your court date is rescheduled and a *Temporary Restraining Order* (TRO; form CH-110) was granted, the TRO will be extended until the end of your new court date unless the court decides to modify or terminate it. "Extend" means to keep any temporary orders in effect until the new court date.

**③ Follow these steps:**

- Fill out all of form CH-115.

- Fill out items ① and ② on *Order on Request to Continue Hearing* (form CH-116).

- The judge will need to review your papers. In some courts, you must give your papers to the clerk. Ask the court clerk for information on how you ask the judge to review your papers.

- After you turn in your forms as required by your local court, check with the clerk's office to see if the judge approved (granted) your request to reschedule your court date.

- If the judge signed form CH-116, you will have a new court date. If the judge did NOT sign the form, you should go to court at the date, time, and location on form CH-109.

- Next, file both forms CH-115 and CH-116 with the clerk. The clerk will make up to three file-stamped copies for you. Keep at least one copy to bring to your court date.

- The other party must be served a copy of the court papers as described in item ⑥ on form CH-116.

- Ask the person who serves the papers to complete a proof of service form and give it to you. If service was in person, use *Proof of Personal Service* (form CH-200). If service was by mail, use *Proof of Service—Civil* (form POS-040). Make two copies of the completed forms.

- File the completed and signed proof of service form with the clerk's office before your court date.

- If the court reschedules your court date and extends the TRO to the new court date, the clerk will send the TRO to law enforcement. It will be entered into a statewide computer system that lets police know about the order so that it can be enforced.

**④ Go to your court date**

- Take at least two copies of your documents and filed forms to your court date. Include a filed proof of service form. "Documents" may include exhibits, declarations, and financial statements, and the court may enter them into evidence at its discretion.

- If you are the person seeking protection and you do not go to the court date, your TRO will expire at the end of your court date.

- If you are the person to be restrained and you do not go to your court date, the court can still make orders against you that can last for up to five years.

**⑤ Need help?**

Ask the court clerk about free or low-cost legal help that may be available in your county.

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2020, Optional Form
Code of Civil Procedure, § 527.6(p)

**How to Ask for a New Hearing Date**
**(Civil Harassment Prevention)**

CH-115-INFO, Page 1 of 1



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## INSTRUCTIONS FOR REQUESTING TO CONTINUE HEARING ON RESTRAINING ORDER

Protected or restrained persons may request to continue the hearing on restraining order by following the process for the location where the hearing is scheduled as indicated below.

The following forms are required:

### Civil Harassment
- Request to Continue Hearing (JC Form #CH-115)
- Order on Request to Continue Hearing (JC Form #CH-116)

### Elder or Dependent Adult Abuse
- Request to Continue Hearing (JC Form #EA-115)
- Order on Request to Continue Hearing (JC Form #EA-116)

### Gun Violence
- Request to Continue Court Hearing for Gun Violence Restraining Order (JC Form #GV-115)
- Order on Request to Continue Hearing (JC Form #GV-116)

### Private Postsecondary School Violence
- Request to Continue Hearing (JC Form #SV-115)
- Order on Request to Continue Hearing (JC Form #SV-116)

### Workplace Violence
- Request to Continue Hearing (JC Form #WV-115)
- Order on Request to Continue Hearing (JC Form #WV-116)

Parties may request to continue the hearing by either appearing on the day of the hearing or appearing ex parte prior to the scheduled hearing date.

## Instructions for Appearing Ex Parte

### Central Division
An ex parte hearing may be scheduled by calling (619) 450-7275 and requesting to be transferred to Department 61. Notice of the ex parte hearing must be provided by a third party to the opposing party/attorney no later than 10:00 a.m. the court day prior to the ex parte appearance.

In addition to the required forms listed above, the requesting party must also complete and submit an Ex Parte Application (SDSC Form #ADM-252) to the courtroom clerk upon checking-in.

### East County Division
An ex parte hearing may be heard on a walk-in basis. The required forms listed above must be submitted in the Business Office prior to 3:00 p.m.

### North County Division
An ex parte hearing may be heard on a walk-in basis. The required forms listed above must be submitted in the Business Office prior to 3:00 p.m.

### South County Division
An ex parte hearing may be scheduled at the counter in the Business Office or by calling (619) 746-6200 the day before the requested hearing date. Notice of the ex parte hearing must be provided by a third party to the opposing party/attorney no later than 10:00 a.m. the court day prior to the ex parte appearance.

In addition to the required forms listed above, the requesting party must also complete and submit an Ex Parte Application (SDSC Form #ADM-252) and a declaration of notice and drop them off in the Ex Parte Box no later than 12:00 p.m. the day before the scheduled ex parte hearing.

**CH-250** **Proof of Service by Mail**

Clerk stamps date here when form is filed.

**(1) Name of Person Asking for Protection:**

_____

**(2) Name of Person to Be Restrained:**

_____

**(3) Notice to Server**

The server must:

- Be 18 years of age or over.
- Not be listed in items (1),(2), or (3) of form CH-100, *Request for Civil Harassment Restraining Orders.*
- Mail a copy of all documents checked in (4) to the person in (5).

*Fill in court name and street address:*

**Superior Court of California, County of San Diego**
- ☐ CENTRAL DIVISION, HALL OF JUSTICE
  330 W. BROADWAY, SAN DIEGO, CA 92101
- ☐ EAST COUNTY DIVISION,
  250 E. MAIN ST., EL CAJON, CA 92020
- ☐ NORTH COUNTY DIVISION,
  325 S. MELROSE DR., VISTA, CA 92081
- ☐ SOUTH COUNTY DIVISION,
  500 3RD AVE., CHULA VISTA, CA 91910

*Fill in case number:*

**Case Number:**

**(4) I (the server) am 18 years of age or over and live in or am employed in the county where the mailing took place. I mailed a copy of all documents checked below to the person in (5):**

a. ☐ CH-120, *Response to Request for Civil Harassment Restraining Orders*

b. ☐ CH-130, *Civil Harassment Restraining Order After Hearing*

c. ☐ Other *(specify):* _____

_____

_____

_____

**(5) I placed copies of the documents checked above in a sealed envelope and mailed them as described below:**

a. Name of person served: _____

b. To this address: _____

   City: _____ State: _____ Zip: _____

c. Mailed on *(date):* _____

d. Mailed from *(city):* _____ *(state):* _____

**(6) Server's Information**

Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Telephone: _____

If you are a registered process server:

   County of registration: _____ Registration number: _____

**(7)** I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____          ►
*Type or print server's name*          *Server to sign here*

Judicial Council of California, www.courts.ca.gov
Rev. September 1, 2022, Optional Form
Code of Civil Procedure, § 527.6

**Proof of Service by Mail (CLETS)**
**(Civil Harassment Prevention)**

**CH-250,** Page 1 of 1



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## HOW TO TURN IN FIREARMS, FIREARM PARTS, AND AMMUNITION

If the court issues a restraining or protective order against you, you are prohibited from owning, possessing, or buying firearms, firearm parts, and ammunition ("Prohibited Items"). **You must act quickly**. Upon request from law enforcement, you must immediately surrender your Prohibited Items. Otherwise, you have **24 hours** from the time you received the court's order to turn in ("relinquish") your Prohibited Items and **48 hours** from the time you received the court's order to file proof with the court. Do not bring your Prohibited Items to the courthouse.

## Options for Relinquishing Prohibited Items

### Option 1: Sell them to, or store them with, a federally licensed gun dealer
You can find a gun dealer in your area by searching online. Make sure the dealer you choose is federally licensed.

### Option 2: Turn them in to a local law enforcement agency
Call the San Diego County Sheriff's Office or the police department where you live. Tell them a restraining or protective order was issued against you and you need to turn in your Prohibited Items. Listen to and follow carefully the instructions given to you by law enforcement. They may ask you for: (1) a description of you and your car, (2) your ID, and (3) a copy of the court order requiring relinquishment. They may share with you the following general safety instructions:

- Your firearm(s) must be unloaded.
- Place the Prohibited Items in the trunk of your car and lock your trunk. If you do not have a trunk, lock your firearm in a container and put it in the back of your vehicle out of arm's reach. Do not put it in your glove compartment. (Pen. Code, § 16850)
- Drive straight to the law enforcement agency. Do not stop anywhere else.
- Call the agency when you get there. They will tell you what to do. If you do not have a cell phone, leave the firearm inside of your car and go inside of the agency office and ask for instructions.

*Do not call 911. Use the local law enforcement non-emergency numbers below:*

| | |
|---|---|
| Carlsbad Police Dept. | (442) 339-2197 |
| Chula Vista Police Dept. | (619) 691-5151 |
| Coronado Police Dept. | (619) 522-7350 |
| El Cajon Police Dept. | (619) 579-3311 |
| Escondido Police Dept. | (760) 839-4722, or |
| | (760) 839-4740, #2 |
| La Mesa Police Dept. | (619) 667-1400 |
| National City Police Dept. | (619) 336-4411 |
| Oceanside Police Dept. | (760) 435-4900 |
| San Diego Police Dept. | (619) 531-2000, or |
| | (858) 484-3154 |
| San Diego Sheriff's Office | (858) 868-3200 |

## How to File Proof with the Court
You have 48 hours from the time you received the restraining order to file proof of relinquishment with the court. You can use JC Form #CH/DV/EA/GV/SV/WV-800 for this purpose. Bring it with you to the gun dealer or law enforcement agency and ask them to complete the relevant portions. Or obtain a receipt from the agency or dealer.

Bring the original and one copy of JC Form #CH/DV/EA/GV/SV/WV-800 or your receipt to the courthouse where the order was issued. The clerk will file the original, stamp your copy, and return the stamped copy to you for your records.

## Questions?
JC Form #CH/DV/EA/GV/SV/WV-800-INFO provides answers to frequently asked questions about firearm relinquishment.

**CH-800-INFO** How Do I Turn In, Sell, or Store My Firearms and Firearm Parts?

## What items do I need to turn in, sell, or store?

You must turn in, sell, or store all of the following prohibited items that you have or control:

- Firearms, including any handgun, rifle, shotgun, and assault weapon;
- Firearm parts, meaning receivers, frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531). These may also be called "ghost guns."

You also may not have or possess ammunition.

## How do I properly turn in, sell, or store the prohibited items?

You must take them to:

- Law enforcement, who will accept all prohibited items and may store them or destroy them;

OR

- A licensed gun dealer, who can buy or store firearms. If you have firearm parts, call ahead for more information.

## When do I have to turn in, sell, or store the prohibited items?

Immediately, if law enforcement asks you for the items. Otherwise, within 24 hours.

## Who can I turn in, sell, or store the prohibited items with?

Only law enforcement or a licensed gun dealer. You cannot give your prohibited items to a family member, friend, or anyone else.

## Where can I sell the prohibited items?

At a licensed gun dealer in your area. You can search the internet for "Gun Dealers" or "Firearms Dealers" to find one. Make sure the dealer is licensed.

## Do I have to pay a fee to store prohibited items?

You may have to pay a fee. Contact your local law enforcement agency or a licensed gun dealer about fees and whether they have space to store your items.

## How do I turn in the prohibited items to law enforcement?

Call your local law enforcement agency to ask about their procedures. Unload your firearms and take a copy of the court order with you.
Do not bring firearms to court.

## If I turn in the prohibited items to law enforcement, how long will they keep them?

It depends. There are procedures for getting your firearms back after the restraining order has expired. Ask the law enforcement agency for more information.

## After I turn in the prohibited items to law enforcement, can I change my mind?

Yes. You are allowed to sell firearms to a licensed gun dealer. To do so, the gun dealer must present a bill of sale to your local law enforcement agency. The law enforcement agency will give the licensed gun dealer the items that you are selling.

## Do I have to prove that I have turned in, sold, or stored the prohibited items?

Yes. Within 48 hours you must file a receipt with the court showing that you have surrendered the prohibited items to a law enforcement agency or sold them to or stored them with a licensed gun dealer. You may use *Receipt for Firearms and Firearm Parts* (form CH-800) for this purpose.

## Additional Questions?

Contact an attorney for legal advice. Call your local law enforcement agency, for example, your city police or county sheriff for their procedures.

## Information about prohibited items and how to obey these orders is also available online.

See *https://selfhelp.courts.ca.gov/respond-to-CH-restraining-order/obey-firearms-orders.*

## For help in your area, contact:

*[Local information may be inserted.]*

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Optional Form
Code of Civil Procedure, §§ 527.6 and 527.9

**How Do I Turn In, Sell, or Store My Firearms and Firearm Parts?**
(Civil Harassment Prevention)

CH-800-INFO, Page 1 of 1

## CH-800    Receipt for Firearms and Firearm Parts

Clerk stamps date here when form is filed.

(1) **Petitioner**

Name: _____

(2) **Restrained Person**

a.  Your Name: _____

Your Lawyer (if you have one for this case):

Name: _____  State Bar No.: _____

Firm Name: _____

b.  Your Address (If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)

Address: _____

City: _____  State: _____  Zip: _____

Telephone: _____  Fax: _____

Email Address: _____

Fill in court name and street address:

**Superior Court of California, County of San Diego**
☐ CENTRAL DIVISION, HALL OF JUSTICE
   330 W. BROADWAY, SAN DIEGO, CA 92101
☐ EAST COUNTY DIVISION,
   250 E. MAIN ST., EL CAJON, CA 92020
☐ NORTH COUNTY DIVISION,
   325 S. MELROSE DR., VISTA, CA 92081
☐ SOUTH COUNTY DIVISION,
   500 3RD AVE., CHULA VISTA, CA 91910

Court fills in case number when form is filed.

**Case Number:**

(3) **To the Restrained Person:**

If a judge has ordered you to turn in, sell, or store your firearms (guns) and firearm parts—meaning receivers, frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531)— use this form to prove to the judge that you have obeyed their orders. Take this form to a law enforcement officer or a licensed gun dealer to complete item (4) or (5). For more information on how to properly turn in your items, read form CH-800-INFO, *How Do I Turn In, Sell, or Store My Firearms and Firearm Parts?*

(4) **To Law Enforcement**

*(Complete the section below. Keep a copy and give the original to the person in (2).)*

Name of Law Enforcement Agency: _____

Name of Law Enforcement Agent: _____

Address: _____

Telephone: _____  Email Address: _____

**Items Surrendered**

a.  Firearms and firearm parts transferred on:

Date: _____  Time: _____ ☐ a.m. ☐ p.m.

b.  List of items (List all the items surrendered by the person in (2). You may attach a separate form from your agency (e.g., a property report), use item (6), or both. Check below if you have attached a separate form):

☐ Separate form is attached. (If it does not include all surrendered items, list additional items in item (6).)

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

► *Signature of law enforcement agent:* _____

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Optional Form
Code of Civil Procedure, §§ 527.6 and 527.9;
Penal Code, § 29830

**Receipt for Firearms and Firearm Parts**
**(Civil Harassment Prevention)**

CH-800, Page 1 of 3

| Case Number: |
|---|
|  |

**(7) To the Restrained Person:**

Besides the items listed on page 2 or in an attached form, do you have or own any other firearms (guns) or firearm parts?

☐ No

☐ Yes *(If yes, check one of the boxes below):*

   a. ☐ I filed a *Receipt for Firearms and Firearm Parts* (form CH-800) or other proof for those items with the court on *(date):* _____

   b. ☐ I am filing the proof for those firearms (guns) and firearm parts along with this proof.

   c. ☐ I have not yet filed the proof for the other firearms (guns) and firearm parts. *(Explain why not):*

_____
_____
_____
_____
_____
_____

**Your signature**

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____      ▶    _____
*Type or print your name*                  *Sign your name*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Your Next Steps**

● After the form is complete, make two additional copies. Take the copies and original to the court clerk to file.

● Keep a copy for yourself.

**Note that failure to file a receipt with the court is a violation of the court's order.**

**MEDICAL REPORT OF INJURIES DISABILITY FROM INJURY IN PART CAUSED BY THE ASSAULT**

# 90-250 APPENDIX B. FORM 11-45G HHSA

COUNTY OF SAN DIEGO HEALTH AND HUMAN SERVICES AGENCY

Clinic use only
No Show: _____
Signature: _____
Date: _____

District Office: _____  Worker #: _____
Appointment Date: _____

## GENERAL RELIEF EMPLOYABILITY EVALUATION (GREE)

Please Print
Name: __Michael Reeves__  SSN [redacted] 3  DOB: [redacted]  Case #: _____

Patient's statement of medical condition: _____

### AUTHORIZATION FOR RELEASE OF INFORMATION AND SWORN STATEMENT

I hereby authorize the release of medical findings to the County of San Diego, Health and Human Services Agency, my medical providers, and the provider where my ability to work will be evaluated. I also understand that I _must_ provide a medical statement if I am unable to work, and if I go to my own doctor to get a medical statement, the County of San Diego will not pay for it.

Under penalty of perjury, I attest that the above statement is true. I understand that I may be sanctioned if I provide false information.

Applicant's Signature

Date: 12-3-25

| Treatment Information (a GREE appointment is not considered treatment) | Yes/No | # of Times Seen in Last 6 Months | Where? (name/address/clinic) |
|---|---|---|---|
| 1. Currently getting treatment for the condition stated above? | Yes | Date of Last Visit: 2025 | FHCSD |
| 2. Eligible to or getting: | | | |
| a. County Medical Services? | | | |
| b. Mental Health Services? | | | |
| c. Alcohol or Drug Services? | | | |

**Employability Status** (please check only one) INSTRUCTIONS FOR MEDICAL PROVIDER ON REVERSE SIDE OF THIS FORM

A. __ Can do GR Work Project (no restrictions)
B. __ Can do Light Duty GR Work Project through the end of ___/__ (Month/Year)
Please list restrictions for light duty _____
C. ✓ Unable to work through the end of 3 /26 (Month/Year)
Diagnosis: _____

COMMENTS: _____

I certify that I have evaluated the above named patient and that these statements are a true record of my medical findings as related to the patient's statement of medical condition.

NAME/TITLE (PLEASE PRINT) _____  SIGNATURE _____

PHYSICIAN'S NAME IF DIFFERENT _____

STREET ADDRESS
Brendan Kidder, MD
CHC Ocean View Clinic
3177 Ocean View Blvd
San Diego, CA 92113

DATE 12/3/25
MEDICAL LICENSE NUMBER A-112379

TELEPHONE NO. 619.662.4100

CITY/STATE/ZIP

GR EMPLOYABILITY EVALUATION (side)

PAGE 1 OF 2